For THE
STATE OF OKLAHOMA

Cover Sheet – Special Deposit

1.) Keith-Dewone Hopper
300 North Denver Ave, Tulsa OK [74103]
[Non-Domestic / Non-Assumpsit]

2.) Deanna-Lyn Dale
416 North Wilson, Fairfax OK [74637]
[Non-Domestic / Non-Assumpsit]
'Claimnts'

[Claim CF20223018KDH]
Keith-Dewone! of the House of Hopper
Deanna-Lyn of the House of Dale
In Full Life Sui Juris
'Claimts'
United States of America

24 CV 0 2 1 2 JDR - JFJ

V.

1.) Jordan Weygand,
2.) Robert GLASBY

**FILED**

MAY 06 2024

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

3.) Steven Kunzweiler,
4.) Ashley Elizabeth Swindell Nix
5.) MAX McBone
500 South Denver Ave 9th floor Tulsa OK 74103

6.) Loretta Radford, - Rm 111
7.) Tanya Wilson, - Rm -349
8.) Richard Heithcoct - Rm 601
9.) Michelle Keely - Rm 401
10. David Guten - Rm 413
11) Anthony Miller - Rm 707
500 South Denver Ave Tulsa OK 74103,
'WRongdoers'

pg 1 of 18

of summuns
fcc pd

For The
NORTHERN DISTRICT OF OKLAHOMA

## SPECIAL DEPOSIT    [CLAIM -CF20223018KDH]

I a Living Spirit in a man Experience, Known As Keith-Dewone: of the house of Hopper (israel) and Deanna-Lyn: of the house of Dale a Living spirit in a [wo]man experience by Special Apperance, being of sound mind, majority age, and capable to handle our own affairs as one flesh, under Natural Law Jurisdiction whom may be located at (300 North Denver Ave, Tulsa OK [74103] - Keith-Dewone: Hopper) and (416, North Wilson, Fairfax OK [74637] Deanna-Dale) to special Deposit these claims / counter Claims and certificate of service to the record for Jordan Weygand, Robert Glasby, Steven Kunzweiler, Ashley Elizebeth Swindell Nix, MAX Malone, TANYA Wilson, Loretta Radford, Anthony Miller, Richard Hathcoat, David Guten, michelle Keely, Attorney General for the state of oklahoma, and the Tulsa County District Court Clerk. in reguards to [CF20223018KDH] on this 6th day of __May__ 2024,

Respectfully Submitted,
w/ that Prejudice / w/ that Recarse

_Keith D. Hopper_
Keith-Dewone: Hopper
In Full Life Sui Juris
I attain ALL Rights at All times
[UCC 1-308/3414]

without Prejudice / without Recause

_Deanna Lyn Dale_
Deanna-Lyn: Dale
In Full Life Sui Juris
I attain All Rights at all times
[UCC 1-308/3414]

[Legal Notice of Demand]
[Colorado UCC file statement]
~~Exipit~~ [Exhibits 14 ]

IN THE UNITED STATES DISTRICT COURT
For the
Northern District of OKLAHOMA

without Prejudice/without Recourse

Keith-Dewane: Hopper© - Sui Juris

All rights Reserved

[ucc 1-308/3414]

without Prejudice/without Recourse

Deanna-Lyn: Dale Sui Juris

All rights Reserved

[ucc 1-308/207]

V.

David Guten

Jordan Weygand

Robert Glasby

Steven Kunzweiler

Ashley Nix

Max Malone

Anthony Miller

Tonya Wilson

Loretta Radford

Michelle Keely

Richard Hathcoat

"Wrondoers"

[ CLAIM CF20223018 KDH ]

Keith-Dewane; House of Hopper

Deanna-Lyn; House of Dale

Claimits

In Full Life Sui Juris

United States of America

Jury trial demanded

[ 18 U.S.C 1623 - False declarations before court ]

[ 18 USC 2071 - Concealment or removal ]
(a)(b)

[ 18 U.S.C. 1201 (a)(2)(c)(G)(4) Kidnapping ]

[ 18 U.S.C 1621(1)(2) Perjury 1622 - Subornation ]

[ 18 U.S.C. 741, 242 Conspiracy of deprivation
of Rights; Deprivation of rights under
color of law. ]

[ 18 U.S.C. 1590 (a)(b) Trafficing with respect
to peonage, slavery, involuntary servitude
or forced Labor ]

[ 18 U.S.C. 1091 50 A (6)(2)(3)(4)(5)(6)
Genocide ]

[ 15 U.S.C 1 Restraint of trade Contract ]

[ 18 U.S.C. 1348 Securities Fraud. ]

[ 18 U.S.C 245 Federally protected Activity ]

Claim / Counter Claim / Affidavit

Comes Now The Living spirits in a man experience Know as Keith-Dewane:
of the House of Hopper and in a [wo]man experience Known as Deanna-Lyn: of the
House of Dale/Hopper as one flesh by special Apperence, whom are of majority    Pg 3 of
15

age, sound mind and clear head, competent to handle their own affairs under Natural Law Jurisdiction whom may be located at (300 North Denver Ave, Tulsa OK [74603] and 416 North Wilson Ave Fairfax OK[74637]) hereinafter Claimits to press a counter claim of trespass/Harm on above mentioned wrongdoers. These Actions occured within Tulsa County Oklahoma, This court has jurisdiction over wrongdoers to hear this claim so venue and Jurisdiction is proper.

<div align="center">First Violation</div>

[18 U.S.C 1201(a)(2)(5)(g)(A) Kidnaping]

ON or about the eighth day of August in the year of our creator 2022 a man Known As Jordan Weygand, surrounds claimits private conveyence with at least 5 other men all carrying loaded weapons. They then order Claimit Keith-Dewane to put his phone away who was recording this event for his own protection. Claimit Keith-Dewane Attempts to speak to his wife, Deanna-Lyn. Officer Weygand Acting as a law enforcement officer under color of law tell claimit Keith-Dewane to "Shut up" attempting to deprive claimit Keith-Dewane of his federally protected rights of free speech. Mr Keith-Dewane responds "I'm a grown Man I do not have to shut up" Wrongdoer Jordan Weygand then approaches Claimit Deanna-Lyn. Deanna Lyn tells the officers "she was fine there was only a verbal argument that she was in need of mental help and wished to go to the hospital for mental help" At that point officer Weygand noticed a small scratch behind Deanna-Lyn ear. Deanna-Lyn was unaware of the scratch and informed the officer "it was probably from the seatbelt" At that time officer Weygand offered to take Deanna-Lyn to the Hospital for Mental Help. Deanna-Lyn agreed to go. Claimit Keith-Dewane was then released from the scene and was under the impression his wife was being transported to the Hospital for mental Help. Keith-Dewane who was in a work car then immeditally left the location and returned to his employment to retrieve his personal Automoblle. Officer Weygand instead of taking claimit Deanna-Lyn to the Hospital for needed mental Evaluation took Deanna-Lyn to the Quality in Motel in Glenpool without recieving any medical treatment. Keith-Dewane after retriving his personal car went to the

Jury Trial demanded

Glenpool police Department in hopes to find out if his wife Deanna-Lyn was ok. At that point Claimit was placed in Handcuffs by Jordan Weygand without a warrant nor without a criminal complaint lodged against him. This was done against Keith-Dewane consent. Claimit was then by force and fear taken into the booking area where he is advised he has been arrested for Domestic Assault and Battery By Strangulation, Despite Claimit Deanna-Lyn Dale never making this Allegation, Never filing a complaint against Keith-Dewane nor was Deanna-Lyn aware I was being arrested. Claimit Advises wrongdoer Jordan Weygand that "All he did was reach over to her side of the car." Claimit Keith Dewane was then placed into a holding cell against his will. Officer Weygand refused to produce a warrant for KEITH Dewane Hopper estate and then under force and fear shakle Keith-Dewane and transport his corpus to David L moss private for profit business and force Contract with him and David L moss despite not having a warrant or signed criminal complaint by anyone. This forced Contract includes imprisonment, medical treatment. Wrongdoer Knowingly, willingly and Intentionally abducted Keith-Dewane without the Authority to do so for pecuniary gain in a mchiavellian scheme through a simulation of a legal process. The Above mentioned violation is just one in a series that cause Harm and trespass to Claimits Keith-Dewane and Deanna-Lyn. As one flesh.

## Second Violation

[ 18 U.S.C 1621(1)(2) Perjury ] [18 U.S.C. 1622 Subornation of Perjury ]

On or about the eighth day of August 2022 in the year of our creator the wrongdoers Collectively came together and under oath charge the estate of claimit Keith-Dewane with Domestic Assault and Battery by Strangulation, Domestic Assault and Battery, Preventing a witness from testimony with the intent to facilitate pecuniary gains of feluciarys of estate and strip claimit Keith-Dewane of all liberties and free will.

On or about the eighth day of August in the year of our creator 2022 the man known as Jordan Weygand Knowingly, willfully, intentionally creates an affidavit under oath of false Actions to facilitate the false imprisonment of claimit.

P950F18

Jury Trial demanded

On or about the 27th day of September in the year of our creator 2022 officer Robert Galasby of the Glenpool police Department collectively join together with Ashley Elizabeth Swindel Nix Acting As A.D.A. For the Tulsa County District Attorney office And presents false testimony / misleading testimony concerning phone calls placed from the jail, to Deanna-Lyn. Officer Glasby Also gives perjured testimony on or About April 26th 2023 under oath concerning phone calls made from David L. moss private for profit business.

On or about the eighth day of August of the year 2022 throughout present day of the twelfth day of April In the year 2024 Ashley Elizabeth Swindell Nix has has told multiple lies in her motions against claimit Keith-Devene And has filed formal charges against the estate without a signed criminal complaint from Anyone Allegyng these charges. Ashley Elizabeth Swindell Nix has Knowingly, willfully, intentionally with great milicious intent performed these Actions under her Authority As an Assistant District Attorney.

The ABove mentioned violations is part of A series of violations that have caused severe mental Anguish to claimits Keith-Devene & Deanna-Lyn through the abuse of a legal process.

## THIRD VIOLATION

[ 18 U.S.C 241, 242; Conspiracy to deprive rights & Depenvation of Rights under Color of law ]

Wrongdoers have Knowingly, willfully, intentionally with great milicious intent use the Business THE STATE OF OKLAHOMA STAtues, codes and regulations against claimits Although Claimits do not consent, hold public office, or have Knowingly taken an oath to the Business STATE OF OKLAHOMA, for the STATE OF OKLAHOMA Statues; codes, rules to apply to claimits. Wrongdoers have taken claimits life, liberty, property and pursuit of happiness Under Color of law that are secured, guerenteed, and protected by the Constitution for the united States of America and the Divine Rights of inheritance granted by the living God.

Jury Trial demanded

Wrongdoers Have collectively, intentionally, Knowingly and willfully deprived claimits of their Rights by the abuse of a legal process by proceeding in fraud in the prosecution of Keith-Dewane Knowing none of said Accusations have ever been made by another living person, Despite the Alleged victim testifying multiple times under oath, filing more than 17 unrebutted Affidavits under Penalty of Perjury, filing Cease and desist orders against the Wrongdoers stating she has "No Claim" against Keith-Dewane. Futhermore Deanna-Lyn:Dale claimit has filed for Marsy law violations, revocation of Power of Attorney and motion to Dismiss by Intervenor. However the STATE OF OKLAHOMA By way of the wrongdoers Have continued in their simulation of a legal process and continued to bring Harm to Both claimits, claimits object to fraudulent jurisdiction

The above mentioned violations is a part of a series of violations that have caused severe mental Anguish and harm to claimits through the abuse of a legal process.

## Fourth Violation

[Title 18 U.S.C. 1590 (a)(b) Trafficing with respect to peonage, slavery, involuntary servitude or Forced Labor]

From the eighth day of August 2022 to present wrongdoers Knowingly, willfully, intentionally and collectively through their possitions of trust traffic claimit Keith-Dewane for wrongdoers own pecuniary gains, against consent of claimit, Each time claimit trys to obtain freedom, wrongdoers use a simulation of a legal process to Keep claimit falsely imprisoned against his will at a private for profit business 'David L moss criminal Justice Center' located at 300 North Denver Ave Tulsa OK 74103 without the Delegation of Authority to do so, against consent of claimit.

The above mentioned violation is part of a series of violations that have caused great mental anguish and even physical Harm to claimits by wrongdoers by the abuse of a legal process.

Jury Trial demanded

Fifth Violation
[ Title 15 USC / Restraint of trade/contracts ]

From the 8th Day of August 2022 to present date wrongdoers recieve several Notices including but not limited to Revocation /Recission of signatures-contracts/ Interrogations /Demand to Dismiss /copyright Notices and have used force and fear to force claimits into Contract against will under duress without full Disclosure. Through Breech of Fiduciary duties by keeping Keith-Deiecne unlawfully Detained through Fraudulent contracts. claimits object to fraudulent jurisdiction

The above listed violation have been committed knowingly, willfully, intentionally and collectively by wrongdoers and is a part of a series of violations that cause harm to claimit from a breach of trust from wrongdoers so wrongdoers can collect monetary Benefits.

Sixth Violation
[ 18 USC 1091 50 A (a)(2)(3)(A)(B)(C) - Genocide ]

wrongdoers intentionally, willfully, knowingly and collectively Break the law that wrongdoers took an oath to protect and Administer to cause physical, mental and spiritual anguish to claimits to hinder claimits declaration of Nationality and religious preferences. Accounts created by wrongdoers (or securities) cause damage/injury to keith-Deiecne's body by way of forced vaccinations and genetically modified food to claimit keith-Deiecne corpus (property). wrongdoers have caused the unlawfully imprisonment that result in the administration of harmful chemicals against claimits consent and the delegation of Authority to do so. These Harmful chemicals and vaccinations are proven to impair reproductive organs, caused delayed motor movements of the Brain and other vital organs and even cause death.

The above listed violation is part of a series of violations that cause Harm to claimit through the Abuse of A legal process.

Seventh Violation
[ Title 18 U.S.C. 1348 Securities and commodities Fraud ]

Jury Trial demanded

Wrongdoers Collectively, intentionally, Knowingly, and willfully commit securities fraud by the cause of a simulated legal process unlawfully detaining claimits corpus for pecuniary gains and commerce. Wrongdoers fraudulently sale these securities although claimits claim surities for value, and Acknowledge Dept and Authorize set off.

The above listed violation is a part of a series of violations that cause Harm to claimits from a breach of trust from Wrongdoers so Wrongdoers can collect debt for the STATE OF OKLAHOMA.

## Eigth Violation

[Title 18 U.S.C. 1623 False declarations before grand jury or Court]

Wrongdoers have Collectively, intentionally, willfully and deliberatly made false declarations before a court by Alleging claimit Keith-Deware committed criminal Acts against Deanna Lyn. Knowing Deanna Lyn does not support these false, fraudulent Accusations. Wrongdoers continue their unlawful assault on claimits Knowing that Deanna Lyn has proclaimed her Husbands innocence by way of sworn testimony and Affidavits signed under penalty of perjury that have been unrebutted. The wrongdoers Do not have personal Knowledge of the events in question and are proceeding in fraud without a sworn complaint by an injured party.

The above listed violation is a series of violations that have caused claimits severe mental Anguish and financial Harm by the wrongdoers abuse of a legal process.

## Ninth Violation

[Title 18 U.S.C. 2071 concealment or removal]

Judge Richard Hathcoat and Ashley Swindell Nix have Knowingly, willfully, intentionally conceded documents, and removed Documents from the record. Judge Richard Hathcoat has ordered the removal of several filed documents into case jacket in an attempt to hide the courts fraud and his own trespass upon Protected property rights. Hathcoat ordered the removal of

Pa 9 of 18

Jury Trial demanded

Copyright Notice as well as several other filed Documents and made threats towards Keith-Dewane for filing Affidavits concerning Hathcoats Actions towards Himself. These actions are consistent with other wrongdoers actions in this case. These Actions by the wrongdoers are a part of a series that cause harm and trespass on rights of the claimnts by the ABuse of Fiduciary Duties by wrongdoers

## Tenth Violation

[ 18 U.S.C. 245 Federally protected Activity ]

Wrongdoers have collectively, Knowingly, willfully, and intentionally punished claimnts for exercising their Federally Protected Activities of freedom of speech, freedom of Association and freedom of religion. Claimnts are in fact married before God and man and if they choose to Argue that is their right to do so As long as we both are in agreeance. wrongdoers have punished claimnts for simply arguing with is a direct violation of freedom of speech. Futhermore by this unlawful "No Contact order" that is against both Claimnts Consent it is a direct violation of Freedom of Association. It is also the religious beliefs of Both Claimnts that the Husband is Head of the wife and has authority over her just As Christ has Authority over the church so punishing Claimnt simply because he exercises Authority over his wife and home is unlawful.

The ABove violation is a series of violations that have resulted in the mental Anguish to claimnts and caused cruel and unusual punishment to claimnts by the ABuse of a legal process.

## Additional Violation

[ 18 U.S.C. 242 deprivation of rights under color of law ]

Wrongdoer Richard Hathcoat has refused to provide and file onto the record a copy of his oath of office and his license to practice law. Futhermore upon an open records request it appears Judge Hathcoat is not Bonded nor has a Anti Bribery Statment nor Foreign Registration Act on record.

quo warranto has been filed. Claimnts object to fraudulent jurisdiction   Pg 10 of 18

Jury Trial demanded

It Also Appears his oath of office is not done in the proper format. on or about the 5th day of April 2024 Richard Hathcoat could not identify a legitimate claim against Keith-Dewane for which relief could be sought and refused to release order of the court to claimit so he could be free to go. on or about the 12th Day of April 2024 Richard Hathcoat refused on the record to properly identify the court to Keith-Dewane under the Authority of the 6th Amendment to the constitution of the united States of America. On this day Deanna Lyn'Dale claimit spoke and stated she had "No claim against Keith Dewane" yet the courts continue to bring Harm to claimit's through the Abuse of A legal process.

## Conclusion of claim

The wrongdoers Known As, David Guten, Jordan Weygard, Robert Glasby, Steven Kunzweiler, Ashley Elizabeth Swindell Nix, Max malone, Anthony miller, Tanya Wilson, Loretta Radford, Michelle Keely, Richard Hathcoat have all Knowingly, Intentionally, willfully, and collectively with malicious intent in Bad faith and Dishonor brought great mental Anguish and harm, financial turmoil and spiritual grief to claimits under Color of law by way of an extreme abuse of a legal process or the simulation of a legal process through a machivillian scheme to take claimit Keith Dewane for profit. This depravity by wrongdoers for pecuniary gains is a severe Breach of Trust and fideuary Duties. The wrongdoers have perjured documents in order too falsely imprison Keith-Dewane and have caused great harm to his wife Deanna-Dale who has lost her home and support of her Husband. The wrongdoers have continued this unlawful intrusion without a legitimate claim against Keith-Dewane and without a signed criminal complaint have exceeded any jurisdictional limits. The wrongdoers are proceeding in fraud with great malicious intent to injure claimits. This is the meaning of corruption and an insult to what the Founding fathers of this great country meant for us. This is the great

pg 11 of 18

Jury trial demande

United States of America, Claimits are both Nationals of the United States of America and under Common Law/Natural Jurisdiction. As one Flesh bring these claims against wrongdoers.

### Relief Sought

Claimits Keith-Dewane and Duanna Lyn As one Flesh both seek Redress and formal Arrest of Wrongdoers for Violations of the Laws of this great Nation, Imprisonment of 10 years with a minimum of 13 months to serve In The Tulsa County Jail/David L.moss Criminal Justice Center where Claimit has been held against his will without an injuried party, legitimate claim, or International Contract in Dispute, Permanent removal from office as employees which involves Trust or Fiduciary duties/obligations. As well As 4 million dollars per wrongdoer for Damages Claimits have occured financially, mentally, and spiritually. An immediate order of Dismissal of all charges in Tulsa County District Courts, STATE OF OKLAHOMA Account # CF-2022-3018 And a hand written letter of Apology to Both Keith-Dewane and Deanna Lyn for wrongdoers illegal Actions and Intrusion into claimits lives.

Futhermore Wrongdoers May not claim nor seek immunity in any manner. A legal Notice and Demand has been filed in CF-2022-3018 advising if Any violation of rights occured then they would be held responsible. A copy of said Legal Notice and Demand is included with this. A copy of this legal Notice and Demand is also on file with the Secretary of State of Oklahoma and Secretary of State of Colorado UCC filing number 20232094922,

This Claim/counter claim/Affidavit is made with Honor, In Good Faith with Clean Hands and Integrity,

If Wrongdoers Do Not Rebut this Foregoing Document within 10 Business days plus 3 days Allowed for Mail point for point then these claims stand As Truth and by wrongdoers silence and general Acquiescence wrongdoers are in agreeance they have broken the Law and shall be held liable. For

pg 12 of 18

*Jury Trial demande*

no man in this Country is above the law nor shall they set in defiance of the law. Being Sworn officers of the Court they themselves shall be held to an even higher standard of law.

### SHALL IT BE SO!

In Compliance with Title [28 U.S.C. 1746 (1)] And executed WITHOUT THE UNITED STATES, we Affirm under the penalties of perjury, and to the laws of the Desure united States of America that the foregoing is True, correct, and Complete to the best of our Knowledge and belief; and informed Knowledge, And Futher the Deponents Saith Not. Claimnts Now Affix Our Signature and official Seal to the above Document with EXPLICT Reservation of ALL our UNALIENABLE Rights Without prejudice to Any of those rights, in compliance with [UCC 1-308 UCC 1-207] Administered by a commisioned officer i.e. Notary Public in accordance who is acknowleding same [in accordance Fed.R.Evid 902 (1)(B)]

Notice to Agent is *Notice to Painciple*. Notice to Principle is *Notice To ALL AGENTS* of the Subject Matter Herein, and presented in Good faith [UCC 1-201;(19) UCC 1-203;UCC 1-202] Respectfully submitted,

without prejudice/without Recourse

*Keith Dewane Hopper*        4/30/24

Keith-Dewene: Hopper© Sui Juris

All Rights Reserved [UCC 1-308/207]

without Prejudice/without Recourse

*Deana-Lyn: Dale*        4/30/24

Deanna-Lyn: Dale© Sui Juris

All Rights Reserved [UCC 1-308/207]

Subscribed And Sworn Before me on this 30th day of April 2024

*Callie Bowmen*   3/28/27

Notary Signature        My Comm, Exp.

OFFICIAL SEAL
CALLIE BOWMAN
NOTARY PUBLIC OKLAHOMA
OSAGE COUNTY
COMM. EXP. 03-28-2027
COMM. NO. 19003189

Seal

Notary does NOT grant Adhesion into Foreign Jurisdiction Identification ONLy,

CERTIFICATE OF Service/mailing/Verification/Affidavit

I Deanna-Lyn: Dale swear under Penalty of Perjury that the forgoing instrument was sent via Certified mail mail, Return Reciept using the U.S. Postal mail service on this __6th__ day of May, 2024 to the following:

1- Steven Kunzweiler at 500 South Denver Ave 9th Floor Tulsa OK. 74103 certified mail #
     7021 2720 0002 4891 3028 _____ with return reciept

2- Ashley Elizabeth Sundell Nix 500 South Denver Ave 9th Floor Tulsa OK 74103 Certified mail #
     7021 2720 0002 4891 3035 _____ with return reciept

3- Max Malone at 500 South Denver Ave 9th Floor Tulsa OK. 74103 Certified Mail #
     7021 2720 0002 4891 3011 _____ with return reciept

4- Richard Hathcoat 500 South Denver Av, Rm 601 Tulsa OK 74103 certified mail #
     7021 2720 0002 4891 3004 _____ with return reciept

5- Michelle Keely 500 South Denver Av Rm 401 Tulsa OK 74103 Certified mail #
     7021 2720 0002 4891 2991 _____ with return reciept

6- Tanya Wilson 500 South Denver Av Rm 349 Tulsa OK 74103 certified mail #
     7021 2720 0002 4891 2984 _____ with return reciept

7- Loretta Radford at 500 South Denver Ave Rm 111 Tulsa OK 74103 certified mail #
     7021 2720 0002 4891 2977 _____ with return reciept

8- David Guten at 500 South Denver Av Rm 413 Tulsa OK 74103 certified mail #
     7021 2720 0002 4891 2960 _____ with return reciept

9- Anthony Miller at 500 South Denver Av Rm 707 Tulsa OK 74103 certified mail #
     7021 2720 0002 4893 1312 _____ with return reciept

10- Jordan Waygand- 14526 S. Elwood Glenpool, OK 74033
     7021 2720 0002 4893 1299 _____ with return recipt

11- Robert Ginsby - 14526 S. Elwood Glenpool, OK 74033
     7021 2720 0002 4893 1282 _____ with return reciept

12- Attorney General State of OK At - 313 NE 21st Street Oklahoma City, OK 73105
     Certified mail # 7021 2720 0002 4893 1275 _____ with return reciept

     pg 14 of 18

13-Tulsa County District Court Clerk to be filed in [CF-2022-3018] at 500 South Denver Av Tulsa OK 74103 Certified mail # 7021 2720 0002 4893 1248

with return reciept

Respectfully Submitted,

Deanna-Lyn:Dale   4/30/24

Deanna-Lyn:Dale sui Juris
without Prejudice/without Recourse
All Right Reserved [Ucc 1-308/207]

This document was hadd delivered
to the Clerk of the United States
district court for the Northern
district for the State of Oklahoma
at 333 W. 4th St. Room#411
Tulsa, Oklahoma 74103

Callie Bowman
4-30-24



OFFICIAL SEAL
**CALLIE BOWMAN**
NOTARY PUBLIC OKLAHOMA
OSAGE COUNTY
COMM. EXP. 03-28-2027
COMM. NO. 19003189

Pg 15 of 18

<div style="text-align:center">

IN THE UNITED STATES DISTRICT COURT

FOR THE

STATE OF OKLAHOMA

</div>

[Claim CF-2022-3018KDH]

<div style="text-align:center">

Affidavit of Truth by Deanna Lyn Dale

</div>

" indeed no more than (affidavits) is necessary  to make a prima facie case"'
UNITED STATES V. KIS  658 F  2ND 526,536 (7TH CIR. 1981) CERT DENIED 50 U.S
L.W 2169 S.CT MARCH 22  (1982)

"Silence can only be equated as fraud where there is a legal or moral duty to
speak or where an inquiry unanswered would be intentionally misleading."

I Deanna Lyn Dale am writing this affidavit of Truth on my own free will and the
following facts stated are true and correct to the best of my knowledge.

I Deanna Lyn Dale have no claim nor have ever signed any affidavit claiming
harm in any type of way by Keith Dewane Hopper. The Tulsa county district
attorneys office ADA Ashley Nix is fraudulently trying to prosecute my
husband Keith Hopper without a sworn affidavit. The state courts are violating
my due process by keeping me away from my husband without cause.

I have submitted over 12 affidavits proclaiming my husband's Innocence as
well as stating I do not have a claim against him nor did I want a no contact
order in place. In fact on 08-19-2022, Judge Tanya Wilson placed an order
prohibiting Keith Hopper not to contact me that was signed in signature form
in my name that I did not sign. She fraudulently signed my name and now the
courts are forcing a no contact order that I did not request or agree upon.

Some of the affidavits I have filed include a Marsy's Law violation due to the
courts never acknowledging any affidavits I have filed nor any testimonies I
have given under oath. I have filed a revocation of power attorney to take all

<div style="text-align:right; color:blue">

Pg 16 of 18

</div>

rights the state may have been given knowingly or unknowingly to speak in my behalf.

I do not consent to being a witness for the state in which they have forced me into a contract with them by claiming me as their witness. I have filed an motion to dismiss by intervener, since I am a third party in the case and do not consent to these charges against Keith Hopper. There is also an affidavit of non prosecution that I filed in the case to ensure on the record that I have no claim against Keith Hopper and all charges should be dismissed immediately.

I have filed a cease and desist affidavit to prevent the state from fraudulently continuing to using my copy written name and it is unlawful for them to continue to use my name or voice to use to their advantage in this case.

I have testified under oath 4 times, all which I made very clear on the record that no crime has occurred. Keith Hopper is an innocent man and I did not want to press charges against him.

On 08-08-2022, Jordan Weygand, kidnapped my husband by placing him under arrest without a warrant or sworn affidavit against him. Furthermore he committed perjury by filing an affidavit against claimant Keith Hopper alleging injury that I never accused him of.

Wrongdoers have collectively and knowingly deprived me of my rights under color of law, in violation of [18usc 241,242]

This case is fraudulent and the state continues to prosecute my husband causing a great deal of mental and emotional turmoil not only on myself but my marriage. Because of these charges, my husband has been unlawfully detained causing financial hardship on myself and his family. This case has continued far to long without merit and the courts are violating not only my rights but my husbands as well.

I have witnessed Judge Richard Hathcoat on 04-05-2024 denying to file his oath of office into the record after it was requested by Keith Hopper and still has not yet validated his oath of office on the record.

A quo warranto has been filed into the case, for the claimants object to fraudulent jurisdiction.

If the wrongdoers do not rebut this affidavit within 21 days of receipt, then the facts stand as truth and the wrongdoers are in agreeance that the claimants

may proceed with redress and are liable for damages. No crime occurred and the wrongdoers have acted in fraud and have violated rights of both claimants.

In compliance with title [28 u.s.c1746(1)] and executed WITHOUT THE UNITED STATES, we affirm under the penalties of perjury, and to the laws of the De sure united States of America that the forgoing is true, correct and complete to the best of our knowledge and belief, and informed knowledge, and futher the deponets saith not. Claimants now affix our signature and official seal to the above document with explict reservation of all our unalienable rights without prejudice to any of those rights. In compliance with [ucc 1-308 ucc 1-207] administered by a commissioned officer i.e. Notary Public in accordance who is acknowledging same [ in accordance Fed.R.Evid 902(1)(b)]

Notice to agent is notice to principal. Notice to principal is notice to all agents of the subject matter herein, and presented in good faith [ucc1-201;(19) ucc1-203; ucc1-202]

Respectfully submitted,

Without prejudice/ without recourse

_Deanna-Lyn:Dale_        4-30-24

Deanna-Lyn:Dale© Sui Juris

All rights reserved [ucc1-308/207]

Subscribed and sworn before me on this 30th day of April, 2024.

_Callie Bowman_        3/28/27

Notary Signature        my Comm. Exp

Notary does not grant adhesion into foreign jurisdiction.

IDENTIFICATION ONLY.



OFFICIAL SEAL
**CALLIE BOWMAN**
NOTARY PUBLIC OKLAHOMA
OSAGE COUNTY
COMM. EXP. 03-28-2027
COMM. NO. 19003189

PG 18 of 18

Space above this line for recording purposes only

# LEGAL NOTICE AND DEMAND
FIAT JUSTITIA, RUAT COELUM
*(Let right be done, though the heavens should fall)*



*NON WAR POWERS
ACT FLAG*

## To: All State, Federal and International Public Officials,
THIS IS A CONTRACT IN ADMIRALTY JURISDICTION
THIS TITLE IS FOR YOUR PROTECTION
**Notice to Agent is Notice to Principal. Notice to Principal is notice to Agent.**

**Attention:** Any and all Governments, Municipalities, Cities, Townships, Public Officials, Lending Institutions, brokerage firms, credit unions, depository institutions and insurance agencies, credit bureaus and the aforementioned officers, agents, and employees therein: This is a notice of the law as applicable to your corporate and personal financial liability in the event of any violations upon the rights, privileges and immunities and/or being of Keith-Dewane: Hopper or the trust in representation thereof. This Contract being of honor is presented under the "**Good Faith (Oxford) Doctrine.**"

For a Collateral list that is subject to this documentation please see both Security Agreement under Item No.: 05061980-KDH-SA and SCHEDULE A.

Definitions as they apply to this Contract are enclosed in ATTACHMENT "A", and are included as a legal part of this Contract. Any dispute of any definition will be decided by the Undersigned.

**I,** Keith-Dewane: Hopper**,** Trustee/Secured Party/Bailee, hereinafter the Undersigned, state the ensuing being of lawful majority age, clear head, and sound mind. All responses, requests and the like henceforth must be presented in writing, signed under penalty of perjury required by your law as shown in this Legal Demand and Notice (hereinafter "Contract"**).** The law stated herein is for your clarification. not an agreement/omission/contract/covenant that the Undersigned has entered or agreed to enter into any foreign jurisdiction.

**It has recently come to my attention that the IRS, & the SSA, and the federal courts have willfully been making injurious "presumptions" which prejudice my Constitutional rights by trying to associate me with the "idem sonans", which is the all caps version of my Christian name which is in fact a trust previously associated with a "public office" in the United States government by virtue of the Social Security Number attached to it. Further information is to help clear up any presumptions and set the record straight.**

**The** undersigned tendering this document is a Trustee/Secured Party/Bailee by fact**; not:**

| | | |
|---|---|---|
| 1) a Strawman Vessel in Commerce, | | 1) the "United States of America", |
| 2) Corporate Fiction, | | 2) the "government of the United States" |
| 3) Legal Entity, | of, for, by, or to | 3) the "State of Oklahoma", |
| 4) *ens legis*, | | 4) or to "UNITED STATES Corporation", |
| 5) or Transmitting Utility, | | |

also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF OKLAHOMA", or by whatever name same may currently be known or be hereafter named, and the like.

Further, the undersigned is **not:**

| | | |
|---|---|---|
| **1)** a citizen within; | | to the "UNITED STATES CORPORATION" [28 U.S.C. §3002(15)(A)], also known |
| **2)** surety for; | | as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by |
| **3)** subject of; | | whatever name it may currently be known or be hereafter named, (excluding the |

4)   an officer of
5)   and does not owe
    a.   allegiance,
    b.   fealty, bond,
    c.   undertaking,
    d.   obligation,
    e.   duty,
    f.   tax,
    g.   impost,
    h.   or tribute

"united states of America" and the "government of the United States as created in the original "Constitution for the united States for America", circa 1787") or any of its agencies, or sub-Corporations, including but not limited to any de facto compact (Corporate) commercial STATES contracting therein, including but not limited to the "STATE OF OKLAHOMA", or by whatever name it may currently be known or hereafter named (excluding the, "Republic of Oklahoma"), and the like.

This is now being a matter of public record.

**The Vessel in Commerce** known as KEITH DEWANE HOPPER© initially created as a trust (also known by identifying numbers 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/135-80-017668) by the Government/Parents for the benefit of the Undersigned, Keith-Dewane: Hopper as beneficiary on 05/06/1980. On Saturday, August 26, 2023 a waiver of beneficial position was declared to take up the abandoned post of Trustee/Secured Party/Bailee to manage the affairs of KEITH DEWANE HOPPER TRUST© for the benefit of beneficiaries thereinafter named in REGISTRY OF TRUST for the following reasons:

1) matters are not being handled with efficiency
2) in many respects matters are not being taken care of at all
3) usurpation of funds is occurring
4) there is rampant fraud and deceit
5) position of trustee has been left vacant or uncontested

Private Offset Account established at the United States Department of Treasury through a branch of the Federal Reserve Bank will remain in full effect from the initial date of creation with current office holder of Secretary of Treasury being provided appointment to trust to continue as fiduciary.

Fraud gives the victim of the fraud the right to terminate his relationship to the government:
"Si quis custos fraudem pupillo fecerit, a tutela removendus est. "
If a guardian behaves fraudently to his ward, he shall be removed from the guardianship. Jenk. Cent. 39.
[Bouvier's Maxims of Law, 1856,]

The similarity in the names of the Undersigned and the Vessel in Commerce, two distinct and separate legal entities, is testament to the undeniable propinquity. KEITH DEWANE HOPPER© TRUST, originally an incorporeal creation of Government/Parents, is dependent upon and only exists because Keith-Dewane: Hopper, a Natural Man exists as a living, breathing, flesh and blood sentient being. The Government, being an incorporeal entity can only engage another incorporeal entity, and not a real flesh and blood human, and therefore the creation of a Vessel in Commerce known commonly as KEITH DEWANE HOPPER TRUST© was highly advantageous to Government to interface with.

Since the birth of the Undersigned, the Government has utilized the credit and future earning potential of the Undersigned, establishing and operating a Private Offset Account through the use of the Vessel in Commerce, KEITH DEWANE HOPPER© TRUST without the knowledge, consent, or permission of the Undersigned acting to the detriment of the beneficiary Keith-Dewane: Hopper, against the basic precepts of a trust. During this time the Undersigned has unknowingly been functioning as the manager of the trust, and signing as an authorized representative for the Vessel in Commerce, by signing bank checks, applications for credit and notes on behalf of the Vessel in Commerce. Now, the Undersigned acts knowingly, not in a beneficial position but as manager/Trustee of the trust. The Undersigned has valid documentation waiving beneficial position for the position of Trustee/Secured Party/Bailee submitted as a matter of public record by which the Undersigned became Trustee/secured party/Bailee to KEITH DEWANE HOPPER TRUST©, and has full operating authority.

The Undersigned having full control of Trust **revokes all** permissions to the Government and/or any political subdivisions/Organizations to use copyrighted TRUST name KEITH DEWANE HOPPER© TRUST or trust in any fashion except by explicit written request/order in direction otherwise. Said name belongs to Trust in operation by trustees wherein the government/agencies thereof have no control as Trustee/Secured Party/Bailee having full mental capacity and ability to contract as well as natural right to trust holds a common-law trade-name, trademark, KEITH DEWANE HOPPER© as authorized representative (Attorney-In-Fact), as well as established validity of the Power of Attorney by continual non-contested use.  The Private Offset Account established in the name of TRUST is the property of TRUST as well as any value that has been deposited in Private Offset Account is the property of TRUST, as any such value was created from the credit thereof. Account will remain in effect with appointment of fiduciary by Form 56.

**The Undersigned** now tendering this binding Legal Notice and Demand, having hereinabove declared Trustee/Secured Party's/TRUST's proper Legal Status and relation to the "Republic of Oklahoma" and to the said de facto compact (Corporate)

commercial STATES, including the "STATE OF OK", or by whatever name it may currently be known or hereafter named, does hereby state that the declarations and statements made herein are the truth, the whole truth and nothing but the truth to the best of Trustee/Secured Party's knowledge. Acknowledged by silence and acquiescence of the OK SECRETARY OF STATE, also but not limited to any public officers, agents, contractors, assigns, employees, and subsidiaries of said office, regarding the Trustee/Secured Party's "NOTICE and DEMAND", is therefore accepted and agreed to be the truth.

**With** silence of Corporate Office "SECRETARY OF STATE" ratifies severances of any nexus or relationship between Trustee/Secured Party/Trust and the said de facto corporate commercial STATE offices**;** being fraudulently conveyed, operating under "Color of Authority". Let this be known by the "**Good Faith (Oxford) Doctrine**" to all men and women. The Undersigned nor Trust consent to any warrantless searches, or searches that are not compliant with the "Constitution for the united States of America", all of the Amendments of the Honorable "Bill of Rights", and/or the "Constitution of the State of Oklahoma", whether the Undersigned or trusts dwellings, cars, land crafts, watercrafts, aircrafts, the Undersigned himself and current location, property, hotel rooms, apartments, business records, business, or machinery, vehicles, equipment, supplies, buildings, grounds, land in private possession or control of the Undersigned or Trust, past, present, and future, now and forevermore, so help me God.

**This** notice is in the nature of a Miranda Warning *"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them."* Take due heed of its contents. If, for any reason, you do not understand any of these statements or warnings, it is incumbent upon you to summon a superior officer, special prosecutor, federal judge, or other competent legal counsel, to immediately explain to you the significance of this presentment as per your duties and obligations in respect to this private formal, registered Statute Staple Securities Instrument. As per Title 11 USC 501(a), 502(a), and Federal Rules of Civil Procedure Sections 8-A, and 13-A, the claim or presumption that I, Keith-Dewane: Hopper or KEITH DEWANE HOPPER© TRUST (simply know herein as Trust) as aforestated am not a citizen within, surety for, subject of, and do not owe allegiance, or fealty as aforestated to the any of the aforementioned or the like, and herein is forever rebutted by this counterclaim in Admiralty.

**By** this record let it be known that the Undersigned and Trust do not at any time waive any rights, capacities, privileges, immunities, defenses, or protections, as acknowledged by the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of Oklahoma", nonetheless, demanding that you protect these as you swore an oath(s) to do so. The Undersigned accepts you're lawfully required "Oath(s) of Office," bonds of any type, insurance policies, CAFR funds, and property of any type for protection and making whole. Furthermore, should you witness any public officers at this time, or any time past, present, or future violate any of the rights, privileges, immunities, defenses, or protections of the Undersigned or the Trust that he represents, it is your sworn duty (of oath) to immediately arrest, or have them arrested. You are legally required to charge them as you should any law breaker**,** regardless of officer's title, rank, uniform, cloak, badge, position, stature, or office; or you shall henceforth be accountable for monetary damages from, but not limited to, your monetary liability, your corporate bond, compensatory costs, punitive procurements, and sanctioned by attorney attributions.

**NOTE:** A true and correct copy of this **Statute Staple Securities Instrument** is on file not only with the Secretary of State's office, but also been delivered to several trusted parties apprising them of the Undersigned's policy of presenting this security instrument to each and every public officer who approaches the Undersigned or the Trust violating the Undersigned and/or Trusts unalienable rights including, but not limited to right of liberty and free movement upon any common pathway of travel**.** The Undersigned has a lawful right to travel, by whatever means, via land, sea or air, without any officer, agent, employee, attorney, or judge, in any manner willfully causing adverse effects or damages upon the Undersigned by an arrest, detainment, restraint, or deprivation. With regard to any encounter or communication with the de facto compact (Corporate) commercial STATES, including the "STATE OF OK", or by whatever name it may currently be known or be hereafter named, the Undersigned will be granted the status and treatment of a foreign Sovereign, a foreign diplomat, by all customs officials.  This document or the deposited copy thereof becomes an evidentiary document certified herein, as if now fully reproduced, should any court action be taken upon the Undersigned as caused by your acts under color of law with you, your officers, and employees.

**Take note**; you are now monetarily liable in your personal and corporate capacity. The Undersigned, notwithstanding anything to the contrary, abides by all laws in accordance with the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of Oklahoma" which are applicable to non-domestic non-assumpsit non-residents on sojourn. The Undersigned wishes no harm to any man or woman. You agree to uphold my "Right to Travel".

 **BE WARNED, NOTICED, AND ADVISED** that in addition to the constitutional limits on governmental authority included in the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of Oklahoma"**,** the Undersigned relies upon the rights and defenses guaranteed under Uniform Commercial Code(s), common equity

law, laws of admiralty, and commercial liens and levies pursuant, but not limited to, Title 42 U.S.C.A.(Civil Rights), Title 18 U.S.C.A. (Criminal Codes), Title 28 U.S.C.A. (Civil Codes), to which you are bound by office and oath, the "Constitution of the State of Oklahoma", and OKLAHOMA penal codes, in as much as they are in compliance with the "Constitution for the united States of America", Bill of Rights, and/or the "Constitution of the State of OKLAHOMA", as applicable.  There can be no violation of any of these laws unless there is a victim consisting of a natural flesh and blood man or woman who has been injured.  When there is no victim, there is no crime committed or law broken.

**Remember in** taking a solemn binding oath(s) to protect and defend the original Constitution for the United States of America circa (1787) and/or the Constitution of the State of Oklahoma against all enemies, foreign and domestic, that violation(s) of said oath(s) is perjury, being a bad-faith doctrine by constructive treason and immoral dishonor. The Undersigned accepts said Oath(s) of Office that you have sworn to uphold.

**This** legal and timely notice, declaration, and demand is prima facie evidence of sufficient Notice of Grace**.** The terms and conditions of this presentment agreement are a quasi-contract under the Uniform Commercial Code and Fair Debt Collections Act.  These terms and conditions are not subject to any or all immunities that you may claim, should you in any way violate The Undersigned's rights or allow violations by others.   Your corporate commercial acts against The Undersigned or The Undersigned's own and your failures to act on behalf of same, where an obligation to act or not to act exists, are ultra vires and injurious by willful and gross negligence

**The** liability is upon you, and/or your superior, and upon, including any and all local, state, regional, federal, multijurisdictional, international, and/or corporate agencies, and/or persons representing or attached to the foregoing, involved directly or indirectly with you via any nexus acting with you; and said liability shall be satisfied jointly and/or severally at The Undersigned's discretion.  You are sworn to your Oath(s) of Office, and I accept your Oath(s) of Office and your responsibility to uphold the rights of The Undersigned or The Undersigned's own at all times.

**BILLING COSTS ASSESSED WITH LEVIES AND LIENS AND OR TORT UPON VIOLATIONS SHALL BE:**

| | |
|---|---|
| **-Unlawful Arrest, Illegal Arrest, Restraint, Distraint,** or **Trespassing/Trespass** | without a lawful correct and complete 4th amendment warrant: $2,000,000.00 (Two Million) US Dollars, per occurrence, per officer, official, agent, or Representative involved. |
| **-Excessive Bail, Fraudulent Bond, Cruel and Unusual Punishment, Violation of Right to Speedy Trial, Violation of Right to Freedom of Speech, Conspiracy, Aid and Abet, Racketeering,** and or **Abuse of Authority** | as per Title 18 U.S.C.A., §241 and §242, or definitions contained herein: $2,000,000.00 (Two Million) US Dollars, per occurrence, per officer, official, agent, or Representative involved. |
| **-Assault and Battery with Weapon**: | $3,000,000.00 (Three Million) US Dollars, per occurrence, per officer, official, agent, or Representative involved. |
| **-Unlawful Distraint, Unlawful Detainer**, or **False Imprisonment**: | $5,000,000.00 (Five Million) US Dollars, per day, per occurrence, per officer, official, agent, or Representative involved, plus 18% annual interest. |
| **The Placing of an Unlawful or Improper Lien, Levy, Impoundment, or Garnishment against any funds, bank accounts, savings, accounts, retirement funds, investment funds, social security funds, intellectual property, or any other property belonging to the Secured Party by any agency:** | $2,000,000.00 (Two Million) US Dollars per occurrence, and $100,000.00 (One Hundred Thousand) US Dollars per day penalty until liens, levies, impoundments, and/or garnishments are ended and all funds reimbursed, and all property returned in the same condition as it was when taken, with 18 % annual interest upon the Secured Party's declared value of property. |

**-Assault** or **Assault and Battery without Weapon**; **-Unfounded Accusations by officer of the court**; **-Denial and or Abuse of Due Process**; **-Obstruction of Justice**; **Reckless Endangerment**, **Failure to Identify and/or present credentials and/or Failure to Charge within 48 (Forty-Eight) Hours after being detained; -Counterfeiting Statute Staple Security Instruments; -Unlawful Detention, or Incarceration; -Incarceration for Civil or Criminal Contempt of court without lawful, documented-in-law, and valid reason; -Disrespect by a Judge or Officer of the Court; -Threat, Coercion, Deception, or Attempted Deception by any Officer of the Court; -Coercing or Attempted Coercion of the Trustee/Secured Party/Bailee to take responsibility for the trust against his Will:**

$2,000,000.00 (Two Million) US Dollars, per occurrence, per officer, official, agent, or Representative involved.

**-Destruction, Deprivation, Concealment, Defacing, Alteration, or Theft, of Property**

including buildings, structures, equipment, furniture, fixtures, and supplies belonging to the Secured Party will incur a penalty equal to the total new replacement costs of property, as indicated by Secured Party, including but not limited to purchase price and labor costs for locating, purchasing, packaging, shipping, handling, transportation, delivery, set up, assembly, installation, tips and fees, permits, replacement of computer information and data, computer hardware and software, computer supplies, office equipment and supplies, or any other legitimate fees and costs associated with total replacement of new items of the same type, like kind, and/or quality, and quantity as affected items. The list and description of affected property will be provided by the Secured Party and will be accepted as complete, accurate, and uncontestable by the agency, or Representative thereof that caused such harm or deprivation of rights. In addition to the aforementioned cost, there will be a $200,000.00 (Two Hundred Thousand) US Dollars per day penalty until property is restored in full, beginning on the first day after the occurrence of the incident, as provided by this Contract.

**The Undersigned** does not grant entrance under any circumstances to enter any property at which the undersigned is located, leasing, owns or controls at any time for any reason without the Undersigned's express written permission.

Violation of this Notice will be considered criminal trespass and will be subject to a $2,000,000.00 (Two Million) lawful US Silver dollar penalty plus damages, per violation, per violator.

All penalties contained herein will be subject to a penalty increase of $1,000,000.00 (One Million) US Dollars per day, plus interest, while there is any unpaid balance for the first (30) days after Default of payment. This penalty will increase by 10% per each day until balance is paid in full, plus 18% annual interest, beginning on the thirty first (31st) day after Default of payment. All penalties in this document are assessed in lawful money and are to be paid in one troy ounce US Silver Dollars that are .999 pure silver or equivalent par values in legal tender or fiat paper money. Par value will be determined by the value established by a one troy ounce .999 pure silver coins at the US MINT, or by law, whichever is highest in value at the time of the incident. Any dispute over the par value will be decided by the Undersigned, or The Undersigned's designee.

## CAVEAT

**The** aforementioned charges are billing costs derived from, but not limited to, Uniform Commercial Codes, the Fair Debt Collection Practices Act and this Contract. These charges shall be assessed against persons, governmental bodies, and corporate entities supra, or any combination thereof when they individually and/or collectively violate the Undersigned/Trust rights, privileges, capacities, and immunities under the "Constitution for the united States of America", the Honorable "Bill of Rights" and/or "Constitution of the State of OKLAHOMA", each of which establishes jurisdiction for you in your normal course of business. All violations against the Undersigned/Trust will be assessed per occurrence, and individually and personally; Representative of any branch of government, agency, or group that is involved in any unlawful action against The Undersigned.

**By** your actions, carried out to The Undersigned/Trust's harm, said actions being *ultra vires* of the limits of power properly placed on the exercise of authority and power of such office and made in conflict with your oath(s) of office or of that of your principal you shall lack recourse for all claims of immunity in any forum. Your knowing consent and admission of perpetrating known acts by your continued *ultra vires* enterprise is a violation of The Undersigned/Trust rights, privileges, capacities, and immunities. This **Statute Staple Securities Instrument** exhausts all state maritime Article 1 administrative jurisdictions and protects Article III court remedies, as guaranteed in the Constitution for the united States of America, including but not limited to Title 42 U.S.C.A, Title 18 U.S.C.A (including, but not limited to § 242 thereof), and Title 28 U.S.C.A. In short All Rights Reserved.

## IGNORANCE OF THE LAW IS NO EXCUSE

**I, Keith-Dewane: Hopper**, Trustee/Secured Party/Bailee am the principal, and you are the agent.  Fail not to adhere to your oath(s), lest you be called to answer before one God and one Supreme Court of Exclusive and Original Jurisdiction, which is the court of first and last resort, not excluding my "Good Faith Oxford Doctrine" by my conclusive Honorable "Bill of Rights."

**This Statute Staple Securities Instrument** is not set forth to threaten, delay, hinder, harass, or obstruct in any manner, but rather to protect guaranteed Rights and Defenses assuring that at no time my Inalienable Rights are ever waived or taken from the undersigned against my will by threats, duress, coercion, fraud, or in any case without my express written consent of waiver.  None of the statements contained herein intend to threaten or cause any type of physical or other harm to anyone.  The statements contained herein are to notice any persons, whether real or corporate, of their potential personal, civil and criminal liability if and when such persons violate The Undersigned/Trust's Unalienable Rights as protected by the original "Constitution for the united States of America" circa (1787), "Bill of Rights" and/or the "Constitution of the State of Oklahoma."  A bona fide duplicate of this paperwork is safely archived with those who testify under oath that it is The Undersigned's stated standard policy to ALWAYS present this NOTICE to any public or private, officer, official, or agent attempting to violate The Undersigned's rights.  It is noted on the record that by implication of said presentment, this notice has been tendered by way of certified mail to SECRETARY OF STATE.  Said presentment is prima facie evidence of your receipt and acceptance of this presentment in both your official and personal capacity, jointly and severally for each and all governmental political and corporate bodies.  Any other individuals who have been, are, or hereafter are involved in any actions now existing or that may arise in the future against The aforementioned shall only correspond to The Undersigned in writing while signing under penalty of perjury pursuant but not limited to Title 28 U.S.C.A. §1746.

## SUMMATION

**Should** you move against The Undersigned or Trust in defiance of this presentment, there is no immunity from prosecution available to you, or any of your fellow public officers, officials of government or private corporations, judges, magistrates, district attorney, clerks or any other persons who become involved in any actions now existing or that may arise in the future against The Undersigned or Trust by way of aiding and abetting other actors**.**  Take due heed and govern yourself accordingly.  Any or all documents tendered to The Undersigned/Trust, lacking bona-fide ink signatures or dates per Title 18 U.S.C.A. § 513-514 are counterfeit security instruments causing you to be liable in your corporate and personal capacity by fraudulent conveyance now and forevermore. If and when you cause any injury and/or damages to the Undersigned or Trust, by violating any of the rights, constitutional rights, civil rights, privileges, immunities, or any terms herein, you agree to willingly, with no reservation of rights and defenses, at the written request of the Undersigned/Trust, surrender, including, but not limited to, any and all bonds, public and/or corporate insurance policies; and/or CAFR funds as needed to satisfy any and all claims as filed against you by the Undersigned or Trust. This applies to any and all Representatives, severally and individually of the "united States of America", the "government of the United States as created in the original Constitution for the united States of America, circa 1787", the "State of Oklahoma", i.e., "Republic of Oklahoma", or to your "UNITED STATES CORPORATION", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF OKLAHOMA", or by whatever name same may currently be known or be hereafter named, and the like.

**This** document cannot be retracted by any Representative, excluding the Undersigned on this registered document, for one hundred years from date on this legally binding **Statute Staple Security Instrument**.

**ATTENTION:**

Unless this is rebutted within the time limit contained herein, and the conditions of the rebuttal are met, you, or any Representative in any capacity of any agency, government, Corporation, or the like, agree to abide by this Contract anytime you interact with The Undersigned. This document will be on file in the public record. Your Failure to timely rebut the statements and warnings herein constitute your complete, tacit agreement with all statements and warnings contained herein. Your presumptions that the Undersigned/Trust is a "Corporate Fiction" or "Legal Entity" under the jurisdiction of the "Government of the United States" and/or "UNITED STATES Corporation", and that the Undersigned or trust is under the jurisdiction of the "UNITED STATES Corporation" are now and forever rebutted

**Your** failure to timely make rebuttal so leaves you in the position of accepting full corporate and personal responsibility for any and all liabilities for monetary damages, as indicated herein, that Undersigned or Trust incurs by any adversely affecting injuries caused by your overt, or covert actions**,** or the actions of any of your fellow public officers and agents in this or any other relevant matters as described herein or related thereto in any manner whatsoever**.**  You have Thirty (30) days, from the date of

receipt of these documents by the Secretary of State's office, to respond and rebut the presumptions of any portion or this entire document/Contract, or you stand in total agreement to each and every statement made herein, by submitting to the Undersigned:

1) signed, certified, authenticated documents of the laws that rebut these declarations point by point
2) In written form with legal/lawful, verified, certified documentation in law, with copies of said law enclosed.
3) Parties making rebuttals to this agreement must print or type their full name and sign their rebuttal in blue ink.
4) Must be accompanied with a copy of proper identification for the person making the rebuttal, such as a driver license, passport or birth certificate, a copy of the person's badge and/or other identification that signifies the person's official capacity, and provide the following information:
    a. full legal name
    b. address;
    c. name of department, bureau, agency, or Corporation by which the person is employed or acts as a Representative
    d. supervisor's name and mailing address
5) certified copy of oath(s) of office if such is required by law;
6) if a member of the state bar, a certified copy of the person's bar card and license to practice law;
7) if the person is required by law to be bonded
    a. a certified copy of the person's official bond,
    b. name, address, and phone number of the bonding company;
8) if covered by a corporate insurance policy
    a. a certified copy of the insurance policy
    b. the name, address, and phone number of the insurance company
9) if a beneficiary of a CAFR
    a. a certified copy of the CAFR policy
    b. the name, address and phone number of the administrator.
10) This documentation must be provided on and For the Record under penalties of the law including perjury.

**Note: Non-response and not acting on this notice can and most likely will result in the following crimes: 18 U.S.C. 911 impersonating a U.S. citizen, 18 U.S.C. 912, impersonating a public officer. Under 18 U.S.C. 3 and 4, you as the non-responder will be liable for misprision of felony and accessory after the fact in protecting the crimes that would result from inaction on your part. Partial response without rebuttal is agreement. Any points left unrebutted are points in agreement.** Ignorance of the law is no excuse. Therefore, the Constitution places the burden of proof back upon the government, as required by the Administrative Procedures Act, 5 U.S.C. §556(d).

**ALL OTHER CORPORATIONS** not limited to: telephone companies, cable companies, utility companies, contractors, builders, maintenance personnel, investors, journeymen, inspectors, law enforcement officers, officers of the court, manufacturers, wholesalers retailers, and all others, including all persons natural or fictional, including, but not limited to corporations, limited liability companies, limited liability partnerships, limited and general partnerships, trusts, foundations, DBAs, and AKAs are bound by all paragraphs, terms, and conditions herein, regardless of the nature of limited liability corporation(s) or affiliations such as "DBA's," "AKA's," incorporations, or any types of businesses in commerce as deeded by this securities agreement and decree.

**YOU ARE FINALLY NOTICED,** having been given knowledge of the law and your personal financial liability in event of any violations of The Undersigned's rights and/or being**.** This **Statute Staple Securities Instrument** now in your hand constitutes timely and sufficient warning by good faith notice and grace regardless of your political affirmations

**Additional Rights and Defenses – Twenty-Five sovereign "People" Magna Carta Grand Jury:** In addition to any other rights or defenses that are afforded to The Undersigned by right and by this Contract, the Undersigned has the right to appeal to a "Twenty Five sovereign "People" Magna Carta Grand Jury" for the restoration of property, liberties, or rights of which The Undersigned has been dispossessed by an "Oppressing Government" or its Representatives.   If The Undersigned shall have been dispossessed by the "united States of America", the "government of the United States", the "State of Oklahoma", or the "UNITED STATES Corporation", or any Representative thereof without a legal verdict of the Undersigned's Peers, of the Undersigned's property, liberties, or rights, even if such taking was by way of lien, levy, attachment, or garnishment, the Oppressing Government entity or Representative thereof shall immediately restore these things to the Undersigned. Should the Oppressing Government or Representative thereof fail to restore the property, liberties, or rights of which the Undersigned has been dispossessed, then the Undersigned may by right bring the matter before four of the sovereign "People" asking for relief from the transgressions of the Oppressing Government or Representative thereof.  The four sovereign "People shall petition the Oppressing Government for a redress of grievances, showing to the Oppressing Government its error, and asking the Oppressing Government to cause

that error to be amended without delay. Should the Oppressing Government not amend that error within a term of forty (40) days from the time when the petition for redress of grievances is presented to the Oppressing Government, the four sovereign "People" shall refer the matter to the remainder of the "Twenty Five sovereign "People" Magna Carta Grand Jury" and they shall distrain and oppress the Oppressing Government and its Representative by taking their property and possessions in every way that they can, until amends shall have been made according to their judgment. Any citizen of the united States of America, the United States, or of the several States may swear to assist in carrying out the judgment of the "Twenty Five sovereign "People" Magna Carta Grand Jury", and with them any such citizen may take the property and possessions of the Oppressing Government. If any citizens be unwilling to swear to assist in carrying out the judgment of the "Twenty Five sovereign "People" Magna Carta Grand Jury", the "Twenty Five sovereign "People" Magna Carta Grand Jury" shall make them to swear by the mandate of the "Twenty Five sovereign "People" Magna Carta Grand Jury". At all times the decision of a majority of the "Twenty Five sovereign "People" Magna Carta Grand Jury" shall be considered binding and valid on the whole. And the aforesaid Twenty Five shall swear that they will faithfully observe all the foregoing, and will cause them to be observed to the extent of their power. The Oppressing Government or representative shall obtain nothing from any one, either through itself or through another, by which the powers of the "Twenty Five sovereign "People" Magna Carta Grand Jury" may be revoked or diminished. And if any such thing shall have been obtained, it shall be vain and invalid, and the offending government or reprehensive shall never make use of it either through itself or through another. The judgment of the "Twenty Five sovereign "People" Magna Carta Grand Jury", both by rule of law longtime standing and by the terms of this Contract, shall not be overturned by court, as there is no higher court in the realm.

## NOTICE TO CLERK AND RECORDER

**Pursuant** to Title 18 U.S.C., chapter 101 § 2071(b), "Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and shall be disqualified from holding any office under the United States."

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

LS: _Keith D Hopper_

Keith-Dewane: Hopper,

### WITNESSES

We, the undersigned witnesses, do hereby swear or affirm that it is the stated policy of Keith-Dewane: Hopper to present this "LEGAL NOTICE AND DEMAND" to all law enforcement officers, agents, or Representative of the "united States of America", the "government of the United States as created in the original Constitution for the united States of America, circa 1787", the "State of Oklahoma", i.e., "Republic of Oklahoma", or to your "UNITED STATES CORPORATION", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF OKLAHOMA", or by whatever name same may currently be known or be hereafter named, and the like, anytime that Secured Party has any interaction with them.

_Deana L Dale_

First Witness Signature

Date: _10 - 03 - 2023_

_Wytone Valencia_

Second Witness Signature

Date: _10 - 03 - 2023_

# ATTACHMENTS 'A' - DEFINITIONS

1.  **Abuse of Authority**: Means anyone who denies, withholds, refuses, deprives, limits, inhibits, counteracts, conceals, any right, benefit, protections, or privilege, as protected by the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of Oklahoma". This includes arrest or detainment without documented evidence that a lawful crime has been committed by the Trustee/Secured Party/Bailee (hereafter Secured Party). This includes use of restraint devices on the Secured Party and/or physical abuse that makes any marks, scars, cuts, abrasions, or the like. This also includes denial of lawful Due Process, Habeas Corpus, Excessive Bail, Unlawful Arrest, Unlawful Detention, or the like, as outlined in this Contract.

2.  **Abuse of Due Process**: Means any action against the Secured Party, when said action does not abide by all the rights and defenses contained in or represented by the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of Oklahoma." This includes any charge, or claim, civil or criminal, or in admiralty, that is alleged or made by any Representative of the "government of the United States" or the "UNITED STATES Corporation".

3.  **Agency, Entity, Department, Sub Division, Subsidiary, Contractor, Employee, Inspector, Investigator, Organization, Officer, Official, Agent, Branch of Government, Group, Authorized Representative, Policeman, Police Officer, Participant**: Means any person, Corporation, or entity of any kind, which works for, is compensated all or in part by, receives funds or collects funds for, contracts with, receives any benefit from, receives any privilege from, participates with, has allegiance to, or in any way has a relationship with, the "government of the United States" or the "UNITED STATES Corporation" or any of its subsidiaries, sub- Corporations, departments, or agencies, etc. The word "**Representativ**e" where used in this Contract, shall have the same meaning.

4.  **Aiding and Abetting**: Means the efforts of any Representative of the "government of the United States" or the "UNITED STATES Corporation" or officer of the court to assist another of the same to hinder, coerce, restrict, resist, suppress, or deprive in any way, the Secured Party from receiving any and all rights, benefits, privileges, as provided by the Constitution for the united States of America, the Bill of Rights, and/or the "Constitution of the State of OK" or that would normally be offered to a citizen of the United States or of the State of Oklahoma. This also includes the provisions as provided in item #62 "**Racketeering**" and suppression of evidence.

5.  **Appellation:** means: A general term that introduces and specifies a particular term which may be used in addressing, greeting, calling out for, and making appeals of a particular living, breathing, flesh-and-blood man.

6.  **Artificial Person**: Means a fictitious entity/trust that was created by the "government of the United States" and/or parents acting unknowingly in concert or the "UNITED STATES Corporation" for transacting in commerce. This artificial Man or Strawman is represented by the all capital letter name that appears to be spelled the same as the name of the Natural Man or Woman. When the Artificial Person is used in commerce by the Secured Party, it is a transmitting utility.

7.  **Assault and Battery with Weapon**: Means any use of, threatened, or perceived use of any weapon, against Secured Party, by any Representative of the "government of the United States" or the "UNITED STATES Corporation" that creates an atmosphere of fear for the Secured Party. This includes non-lethal weapons, such as tazers, stun guns, mace, pepper spray, any chemical used to incapacitate, rubber bullets, shock force weapons, electronic weapon or any other type of weapon that may be used to control or to create fear. If a conflict arises about the events, the version told by the Secured Party will be accepted as truth and will not be contested.

8.  **Assault and Battery without a Weapon**: Means the verbal abuse or physical contact, of any kind, upon the Secured Party without the express voluntary written consent of Secured Party. If a conflict arises about the facts involving the incident, the version as told by the Secured Party will be accepted as truth, without question, and will not be contested.

9.  **Bill of Rights**: Means, for the purposes of this Contract, the original "Bill of Rights" to the "Constitution for the united States of America" circa 1791.

10. **Clerk of the Public Record**: Means any clerk who records documents on the public record and who is employed by a city, county, state, municipality, federal government, international, multi-national, multijurisdictional Corporation.

11. **Coercion or Attempt to Coerce**: Means any attempt by any Representative of the "government of the United States" or the "UNITED STATES Corporation" to threaten, intimidate, deprive, conceal, or in any way prevent the Secured Party from receiving and/or enjoying any right, or privilege that is granted, outlined, or secured by the "Constitution for the united States of America" the Honorable "Bill of Rights", "Constitution of the State of Oklahoma.", or to knowingly allow or instruct another to do so.

12. **Concealment**: Means withholding or keeping information that should normally be revealed, about property and/or rights from the Secured Party. This includes keeping evidence or law from a jury that could favorably alter the outcome of a case to the benefit of the Secured Party. No officer of any court or Representative of the "government of the United States" or the "UNITED STATES Corporation" may conceal any law and/or any evidence of any kind that is considered relevant to the Secured Party, and/or fail to disclose any law that benefits the Secured Party.

13. **Conduit:** means of transmitting and distributing energy and the effect/product of labor, such as goods and services, via the name, "KEITH DEWANE HOPPER TRUST ©", also known by any and all derivatives and variations in the spelling of said name with the exception of "Keith-Dewane: Hopper".

14. **Conspiracy**: Means the cooperation of two or more persons working together to, restrict, suppress, inhibit, or in any way deprive the Secured Party of any right, benefit, or privilege that would ordinarily be offered by the Constitution for the united States of America, the Bill of Rights, and/or "Constitution of the State of Oklahoma." and/or to a citizen of the United States or of the State of Oklahoma. This also includes the provisions in item #62. "**Racketeering**".

15. **Contract**: Means any agreement in writing that has been offered for review and acceptance by another party, wherein the offering party has ten (10) days or more, or as stipulated in the contract, to review and respond, accept or rebut, any provisions of the contract, as indicated

in the contract.  Non Response on the part of the receiving party or agent of the receiving party will be a lawful offer and acceptance of all the terms and conditions contained in said contract. Rebuttal by the receiving party of any provision of the contract by any means other than those as are indicated in the contract will be non-response.  Return of the contract unopened and/or without review will be acceptance of all conditions of said contract. Recording the contract with the clerk of court or any public records officer will be a lawful offer and notification and will be presentment to all officers of the court in that state or county.  Notice to Agent is Notice to  Principal and Notice to the Principal is notice to Agent.

16. **Corporate Capacity**: Means acting for, or on behalf of, a Corporation, or government entity, while under law or color of law.

17. **Corporate Fiction**: A Corporation, a creation of the law that does not actually exist in nature, like a natural man or woman; a legal entity that is false and not real, but which the law assumes to be true.

18. **Corporation**: Means any Representative, agency, sub-Corporation, contractor, or any person or entity that is employed by, receives or distributes funds for, receives any benefit or privilege from, or has any relationship of any kind with the "government of the United States" or the "UNITED STATES" Corporation".

19. **Constitution for the united States of America**:  Means, for the purpose of this Contract, "The Constitution for the united States of America" circa 1787, as opposed to the "Constitution of the UNITED STATES" Corporation circa 1868.

20. **Counterfeiting Statute Staple Securities Instruments**: Means any attempt by any Representative of the "government of the United States" or the "UNITED STATES Corporation" to copy, duplicate, replicate any document that has "Statute Staple Securities Agreement" typed, printed, or hand written anywhere on the document, without the express written voluntary permission of the document's owner who is the Secured Party who filed said document in the public record, or is in possession of said document, or who is the maker of said document.  If a dispute about permission to duplicate arises, the statements of the Secured Party will be accepted as fact without question and will not be contested.

21. **County or City**: Means any subdivision of any State of the "united States of America."  This term excludes any jurisdiction, zone, or territory of the "UNITED STATES Corporation" unless described by the Secured Party in all CAPITAL letters.  Any dispute over any errors contained in spelling or grammar will be resolved at the discretion of the Secured Party and will not be challenged by any Representative of the "UNITED STATES Corporation".

22. **Cruel and Unusual Punishment**: Means physical violence of any type or form that is used against a Secured Party that causes visible physical injury, i.e., marks, scrapes, scratches, bruises, abrasion, avulsions, fractures, sprains, restraint marks, dislocations, punctures, cuts, loss of blood, loss of body fluids, or any other type of physical stress to the body; or any chemically induced altered mental state of the Secured Party.  This also includes any attempt to incarcerate, restrain, question, detain, withholding food when requested, withholding drink when requested, withholding medications as requested, withhold use of  bathroom facilities and supplies when requested, withhold reading and writing materials, withholding communication with friends, family, legal counsel, and religious counsel, withholding proper clothing as needed for comfort, withholding blankets when requested, withholding hot and cold water for showers, withholding freedom when requested.  This also includes ridicule, coercion, threats, verbal insults, rude and offensive language, veiled threats, or any other type of mental stress or anguish.

23. **Defacing**: Means the changing or altering the appearance of an item.  This also includes changing or altering the meaning of laws, rights, property, documents, or any other thing that has value as determined by the Secured Party.

24. **Denial of Due Process**:  Means any attempt by any officer of the court and or the "government of the United States" or the "UNITED STATES Corporation" to deny, deprive, restrict, prevent, or in any way inhibit the proper Due Process to any Secured Party as outlined in the "Constitution for the united States of America" the Honorable "Bill of Rights, and/or the "Constitution of the State of Oklahoma."  Any public law, statute, regulation, ordinance, home rule, etc., that is incompatible with the Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of Oklahoma", is null and void and will not be used in any action against any Secured Party.

25. **Deprivation of Rights or Property**:  Means the concealment, keeping from, hiding, obstructing of any rights, property, privileges or immunities that are outlined or protected by the "Constitution for the united States of America", the Honorable "Bill of Rights, and/or the "Constitution of the State of Oklahoma."

26. **Derivative:** means coming from another; taken from something preceding; secondary; that which has not the origin in itself, but obtains existence from something foregoing and of a more primal and fundamental nature; anything derived from another.

27. **Destruction of Property**:  Means any alteration, damage, deprivation, defacing, removing, changing, breaking, separating, removing parts from, erasing of files from, throwing, shooting, kicking, stomping, smashing, crushing, or the like of any property belonging to or in possession of the Secured Party or the Trust.

28. **Disrespect**: Means anything said or written to the Secured Party or Trust that Secured Party or Trust does not like, including body language, or anything that makes Secured Party or any reasonable man uncomfortable, or have fear.

29. **Encroachment**: Means to invade, intrude, or in any way prevent the Secured Party or Trust from enjoying the full and complete use of property, including the acts of trespass; impeding ingress or egress to the property of the Secured Party or Trust; or limiting the ability of the Secured Party or Trust to freely access, claim, hold, possess, use, convey, sell, rent, lease, barter, exchange, or in any way make full and unfettered use of property.  This includes the placing or filing of an unlawful lien, levy, burden, charge,  liability, garnishment, attachment or encumbrance against any and all property including wages, salaries, stocks, bonds, bank accounts (foreign or domestic), savings accounts, contents of safety deposit boxes, gold, silver, notes, insurance funds, annuities, retirement accounts, social security benefits, motor vehicles, automobiles, recreational vehicles, land, real estate,  homes, structures, roads, driveways,  personal property of any kind that is held by title, deed, contract, agreement (written or verbal), or is in possession of the Secured Party or Trust.  This includes,

but is not limited to, traffic stops, searches of vehicles, home invasion, confiscation of any lawful property owned by, in possession of, or under the control of the Secured Party or Trust.

30. ***Ens Legis***: The term "*ens legis*" means a creature of the law; an artificial being, such as a Corporation, considered as deriving its existence entirely by the law, as contrasted with a natural person/natural man or woman.

31. **Excessive Bail**: Means any amount of bail set at an unreasonable rate as per the 8th amendment of the Constitution for the united States of America. This also means bail in excess of the amount of the fine, penalty, or penal sum that is associated with the alleged crime committed. This also means that if the Secured Party has lived in a community or has lived in one community or area for more than one year, provided that he has not recently moved within a year, works a regular job, or is a member of or involved with a church group, civic group, community enterprise, or can produce at least two affidavits from members of his community or area stating that he is involved with his community, he cannot be held without bail as a flight risk, or a threat to society. If the Secured Party can produce at least four (4) affidavits stating that he lives, works, and is involved in his community, or the prior community in which he lived, he must be released on his own recognizance without any bail required. This provision does not apply to anyone charged with rape, murder, or violent crimes against women, or children.

32. **Failure to Charge within Forty Eight (48) Hours**: Means any attempt by any Representative of the "government of the United States" or the "UNITED STATES Corporation" to delay, inhibit, prevent, or in any way stop a Secured Party from being lawfully charged by the court within forty eight (48) hours of arrest.

33. **Failure to Identify**: Means any time the Secured Party or Trust has interaction with any Representative of the "government of the United States" or the "UNITED STATES Corporation", the Representative must, upon request of the Secured Party or Trust, provide proper identification, written proof of authority, state what his business is with the Secured Party, complete a public servants questionnaire in advance of arrest or detention, provide documentation properly identifying the officer or respondents superior's name and contact information, and any other relevant information as requested by the Secured Party. The officer may not detain the Secured Party for more than ten (10) minutes while he obtains this information.

34. **Failure to Respond**: Means any attempt by any Representative of the "government of the United States" or the "UNITED STATES Corporation" to ignore, inhibit, withhold, delay, or deny a request for information from a Secured Party or Trust.

35. **False Imprisonment**: Means any attempt by any Representative of the "government of the United States" or the "UNITED STATES Corporation" to incarcerate any Secured Party against his will and/or against any and all protections of the laws and provisions of the "Constitution for the united States of America", the Honorable "Bill of Rights, and/or the "Constitution of the State of Oklahoma."

36. **Federal Zone**: See - "**Jurisdiction of the "Government of the United States" and of the "United States Corporation"**

37. **Freedom of Speech**: Means the right to speak open and plainly without the fear of reprisal. This includes the right of the Secured Party to speak at hearings and trials, before magistrates, judges, officers of the court, Representatives, or the like, of the "government of the United States" or the "UNITED STATES Corporation". It also means that no attempt to suppress this right will be made by any officer of the court, Representatives, or the like of the "government of the United States" or the "UNITED STATES Corporation". No judge or officer of any court or tribunal will threaten contempt of court for free speech by any Secured Party.

38. **Government of the United States**: The term "government of the United States", when used in this Contract, means the government that was originally established in the "Constitution for the united States of America" adopted in 1787, and does not include any "imposter government" known by any name whatsoever, no matter how similar in spelling the name of any such "imposter government" may appear to be to the spelling of the name of the constitutionally authorized "government of the United States". It is to be noted that the term "United States" as used here is "plural" and not "singular" in number, as is the name "UNITED STATES" used by the "imposter government" (i.e., "UNITED STATES Corporation") now <u>acting</u> as the "government of the United States'.

39. **Hold-harmless and Indemnity Agreement:** means Hold-harmless and Indemnity Agreement No. 05061980-KDH-HHIA. This Agreement may be amended and modified in accordance with the Declaration of Trust.

40. **Ignore:** Means to refuse or in any way to deny a lawful request for an officer to complete legal documents that will provide information when requested by the Secured Party or Trust.

41. **Illegal Arrest**: Means same as below item #84, "**Unlawful Arrest"**.

42. **Personal Capacity**: Means acting on one's behalf, in one's individual capacity, to do a thing. A Representative acting under law or color of law and *ultra vires* of the Representative's official capacity as assigned by the law, or acting in violation of his/her oath(s) of office take on personal liability.

43. **Interpretation**: Means if any conflict arises concerning the definition of any of the terms and or conditions of this Contract, the conflict concerning the meaning of the term or condition will be decided by the Secured Party. Secured Party's decision will be final and not subject to review or argument. No liability or penalty will be incurred by the Secured Party due to his interpretation of such terms and or conditions.

44. **Interstate Detainer**: Means the same as unlawful detainer as when involving the Secured Party and involving more than one Representative, agency or STATE of the "government of the United States" or the "UNITED STATES Corporation", or any Representative who has any agreement with, contract with, or permission to act on behalf of any municipal Corporation of the "government of the United States" or the "UNITED STATES Corporation" or any subsidiary or sub-Corporation thereof.

45. **Jurisdiction of the "government of the United States" and of the "United States Corporation"** (If indeed the later has any jurisdiction at all.): The constitutionally authorized "government of the United States" is recognized by the Secured Party as having exclusive legislative jurisdiction only over the following geographic areas: **1.** The District of Columbia, as authorized by Article 1, Section 8, Clause 17 of the Constitution for the united States of America; **2.** Federal enclaves within the States, such as land, property or buildings which the Government of the united States of America has purchased by the consent of the legislatures of the States for purposes of erecting

forts, magazines, arsenals, dock-yards, and other needful buildings, as authorized by Article 1, Section 8, Clause 17 of the Constitution for the united States of America; and **3.** Territories and possessions belonging to the Government of the United States, as authorized by Article 4, Section 3, Clause 2 of the Constitution for the united States of America.  The imposter government - "UNITED STATES Corporation" - while having no real jurisdiction, as no jurisdiction has been lawfully granted, can nevertheless have no claim, even under color of law, to exercise jurisdiction except in those areas where the constitutionally authorized "Government of the United States" has been granted jurisdiction by the sovereign people.  The area just described over which the "Government of the United States" lawfully" exercises jurisdiction is also referred to as the "Federal Zone", and all private property held by the Secured Party, which properties are located outside of the Federal Zone are therefore outside of the jurisdictions of the "Government of the United States" and the "UNITED STATES Corporation".  Additionally, the constitutionally authorized "Government of the United States" is recognized by the Secured Party as having jurisdiction only as to those matters which the sovereign people, through their several State governments gave to the "Government of the United States", which powers are exclusive as to the powers not granted by the sovereign people through their several State governments and powers reserved to the States by the 10th Amendment to the Constitution for the united States of America.  These are the facts and may be presented in any court by affidavit of the Secured Party, where any property or property interest belonging to Secured Party or Trust is involved in any interaction with the "Government of the United States" or the "UNITED STATES Corporation" or any of its Representatives, as outlined in this Contract.

46. **Juristic person:** means an abstract, legal entity, ens legis, such as a corporation, created by construct of law and considered as possessing certain legal rights and duties of a human being; and imaginary entity such as **TRUST**, i.e. "KEITH DEWANE HOPPER TRUST ©" which, on the basis of legal reasoning, is legally treated as a human being for the purpose of conducting commercial activity for the benefit of a biological, living being, such as Secured Party/Trustee/Beneficiaries. "From the earliest of times the law; has enforced rights and exacted liabilities by utilizing a corporate concept - by recognizing that is, juristic persons other than human beings. The theories by which this mode of legal operation developed, has been justified, qualified, and defined are the subject matter of a very sizeable library. the historic roots of a particular society, economic pressures, philosophic notions, all have had their share in the law's response to ways of men in carrying on their affairs through what is now the familiar device of the corporation---Attribution of legal rights and duties to a juristic person other then man is necessarily a metaphorical process. And none the worse for it. No doubt, "Metaphors in law are to be narrowly watched". Cardozo, J., in Berkley v. Third Avenue R. Co., 244 N.Y 84, 94. "But all instruments of thought should be narrowly watched lest they be abused and fail in their service to reason". See U.S. v. SCOPHONY CORP OF AMERICA, 333 U.S. 795; 68 S.Ct. 855; 1948 UTsT1 Observation: A person has a property right in the use of his or her name which a person may transfer or assign. Gracy v. Maddin, 769 S.W. 2nd 497 (Tenn. Ct. App. 1989).

47. **Lawful 4th Amendment Warrant**: Means a warrant that follows the provisions of the fourth amendment to the original "Constitution for the united States of America."  This warrant must not deter from the exact procedures as outlined by the Fourth Amendment.

48. **Legal Counsel**: Means anyone that the Secured Party or Trust chooses to have as legal assistance of counsel, whether counsel is licensed or not, or members of the Bar Association.  Counsel may assist, represent, speak on behalf of, write cases for, or perform any act in or out of court for the Secured party or Trust without any hindrance, threat, prosecution, charge, repercussion from any officer of the court, or Representative of the "government of the United States" or the "UNITED STATES Corporation", or any Representative thereof.

49. **Legal Status**:  Means the two classes of Natural Men and Women recognized in the Constitution for the united States of America – "People" and "Persons".  Legal Status in the united States of America defines the rights, duties, capacities, incapacities, privileges, and immunities assigned to each legally recognized class of natural persons.  Legal Status also determines to a large degree the type of "Citizenship" to which each class legally recognized class of natural persons is assigned.  See definitions for "People" and "Persons" below.

50. **Living, breathing, flesh-and-blood man:** means the Trustee "Keith-Dewane: Hopper" a sentient, living being, as distinguished from an artificial entity, juristic corporation, partnership, association, and the like. "There, every man is independent of all laws, except those prescribed by nature. He is not bound by any institution formed by his fellowmen without his consent." CRUDEN v. NEALE, 2 N.C. 338 (1796) 2 S E 70.

51. **Natural Man or Woman**: Means a sentient, flesh and blood, living, breathing, biological man or woman, created by God, as represented by the Upper and Lower Case Name, including "Natural Man or Woman," or "Real Man," or "Real Woman," or "Real Man/Woman." This is not to be confused with the Fictitious Legal Entity that was created by the Government/Parents that is represented by the All Capital Letter Name.

52. **Natural Man or Woman Secured Party**: Means any flesh and blood, living, breathing Man or Woman, created by God, who notifies any Representative of the "government of the United States" or the "UNITED STATES Corporation", verbally or in writing, that he is not a Strawman, Vessel in Commerce, Corporate Fiction, Legal Entity, *ens legis*, or Transmitting Utility, of, for, by, to the "united States of America", the "government of the United States", the "State of Oklahoma", i.e., "Republic of Oklahoma", or to the "UNITED STATES Corporation".  This is not to be confused with the Fictitious Legal Entity that was created by the Government/Parents and is represented by KEITH DEWANE HOPPER TRUST ©.  Any attempt to notify any Representative of the status of the Secured Party will be sufficient notice.  Sufficient notice will be determined by oath, statement, or affidavit by the Secured Party; and the validity of such will not be challenged by any officer of the court.

53. **Non obstante:** means words anciently used in public and private instruments with the intent of precluding, in advance, any interpretation other than certain declared objects and/or purposes.

54. **Obstruction of Justice**: Means any attempt by any officer of the court or Representative of any agency that represents the "government of the United States" or the "UNITED STATES Corporation", or any of its subdivisions, agencies, contractors, etc., to deprive, hinder, conceal, coerce, threaten the Secured Party or Trust in an attempt to prevent his any and every opportunity to legally/lawfully defend

him/herself by attempting to produce and file lawful documents, and or testimony, to officers, judges, magistrates, the court, clerk of court, or Representatives, in order to settle any legal/lawful controversy. This also includes any attempt by a judge or officer of the court from hindering the Secured Party or Trust from filing, admitting, presenting, discussing, questioning, or using any evidence, document, paper, photographs, audio and/or video recordings, or any other type of evidence that they desire to submit as evidence in any type of court proceeding. The determination of what is evidence and what will be admitted is to be solely determined by the Secured Party or Trust. Any evidence will be tried on merits of the lawful content and validity. Any judge or officer of the court who attempts to suppress or dismiss legal or lawful evidence will voluntarily surrender all bonds, insurance, property, CAFR funds, corporate property, bank accounts, and savings accounts of value to the Secured Party upon written demand and surrender all rights to and defenses against said property. This also includes evidence that is supported by case law. This includes attempts by any officer of the court from making motions, order such as Gag Orders or any other means of keeping information suppressed from the public or the official record. The determination of whether the acts of the court are an attempt to suppress evidence will be solely determined by the Secured Party. This also includes the provision as indicated in item #62 "**Racketeering**".

55. **Oppressing Government**: Means any Government or Representative thereof that shall have transgressed against Secured Party or Trust or any of Secured Party's or Trust's property, rights, privileges, capacities, or immunities in any respect.

56. **Peers**: Means the same as the definition of a Secured Party**.**

57. **People:** The "People" are those natural men and women who hold the sovereignty in joint tenancy in the united States of America and the several States, by virtue of the Treaty of Peace of 1783, signed by His Most Royal and Dread Sovereign Majesty, King George the 3rd, and its two addendums signed by the then Kings of Spain and France. The "People" are those who were the free inhabitants in the several States and their posterity (paupers, vagabonds and fugitives from justice excepted), who ordained and established the "Constitution for the united States of America" in 1787 and the Bill of Rights of 1791, for themselves and their posterity, and who established the constitutions for the several states, reserving unto themselves and their posterity the sovereignty of both the united States of America and the several states. The "People" are not citizens of or subject to the jurisdiction of the "government of the United States", as created in the original "Constitution for the united States of America", circa 1787, or to your "UNITED STATES Corporation", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF OKLAHOMA", or by whatever name same may currently be known or be hereafter named, and the like. The "People" are citizens first of the State in which they reside, and second of the united States of America.

58. **Person:** The word "Person", when used in this Contract and written in upper and lower case letters shall mean a natural man or woman, and not an incorporeal person. Further, a "Person" is distinguished from a "People", in that the "People", hold the sovereignty in the united States of America (see: "People" #57), and the "Persons" derive all of their rights and privileges from the "People", through the Constitution for the united States of America and the Constitutions for the several States. The "Persons" are identified in the Constitution for the united States, first at Article 1, Section 9, Clause 1, their rights and privileges and defenses and protections are defined at Amendment Five of the Bill of Rights, and their duties and citizenship status are defined at Amendment Fourteen of the Constitution for the united States of America.

59. **Presumption**: Means legal assumption or inference that places the burden of proof or burden of production on the other party, but never on the Secured Party or Trust. No presumption shall prevail against the Secured Party or Trust without lawful, documented evidence that supports the presumption which is certified by the officers of the court, on and for the record, under penalty of perjury.

60. **Public Record**: Means any record or document placed into the public by the Secured Party. For example, when this document is recorded at a Register of Deeds office or Secretary of States, it becomes a public record.

61. **Purchase Price**: Means the new replacement costs of items of property at the time of replacement. This includes locating, packing, shipping, handling, delivery, set up, installation, and any other fee associated with total replacement of property.

62. **Racketeering**: Means any attempt by any two or more officers of "government of the United States" or the "UNITED STATES Corporation", to restrict, suppress, coerce, manipulate, inhibit, or in any way deprive the Secured Party from receiving every right, benefit, or privilege or exercising every immunity that is outlined by the Constitution for the united States of America, the Honorable "Bill of Rights, and/or the "Constitution of the State of Oklahoma.". This also includes any effort by the officers of the court or any Representative of "government of the United States" or the "UNITED STATES Corporation", to hinder in any way the introduction of evidence, law, facts, affidavits, statements, witness testimony, or any information that is considered relevant by the Secured Party or Trust, or any attempt to prevent a jury from hearing this evidence. This also includes any attempt to prevent this evidence from being heard in a public forum and before any and all members of the general public, as many as can be accommodated by the main courtroom. All hearings, tribunals, or trials will be held in a public place; and any and all members of the general public will be allowed to attend, without restriction. This also includes questioning and/or interrogation by police officers before, during, and after an arrest.

63. **Reckless Endangerment**: Means any attempt by any officer of the court or Representative of "government of the United States" or the "UNITED STATES Corporation", as defined herein, to endanger, attempt, or threaten to attempt to endanger the life or property of the Secured Party or Trust. This includes dangerous driving in a car, use or threatened use of lethal or non-lethal weapons or chemicals, improper use of restraint devices, use of restraint devices on a non-combative Secured Party. If a conflict arises as to whether or not reckless endangerment has occurred, the version of the Secured Party will be considered as truth.

64. **Representative**: Means any agent, agency, department, officer, investigator, entity, subsidiary, sub-Corporation, contractor, employee, inspector, individual or Corporation that has any affiliation, association, collects or distributes funds for, does any task for, receives any benefit or privilege from, etc., of or for "government of the United States" or the "UNITED STATES Corporation", or anyone, or anything

that represents the interests of, or is being funded by, or receives funds from, or has any attachment to "government of the United States" or the "UNITED STATES Corporation", or any of their Representatives, sub divisions or sub-Corporations.

65. **Rights and Defenses**: Means Secured Party's or Trusts legal and/or lawful right and/or ability to defend himself/ herself in any action. Upon agreement, the defendant in an action may give up his right to defend himself/herself in a given action. This includes tacit agreement or agreement by default, and the Secured Party is never the defendant.

66. **Right to Speedy Trial**: Means trial will commence within 90 days of the date of arrest.

67. **Right to Travel**: Means the right to freely move about and/or control any type of craft by whatever means, via land, sea, or air, without any interference by any Representative of "government of the United States" or the "UNITED STATES Corporation", that in any manner willfully causes adverse effects or damages upon the Secured Party or Trust by an arrest, inhibition, detainment, restraint, deprivation or prevention.

68. **Secured Party**: In this Contract, the term "Secured Party", means a "Trustee/Secured Party Creditor/Bailee", which means Keith-Dewane: Hopper, a natural, living, Breathing flesh-and-blood man or sentient being as against a juristic person created by legal construction and/or the appointment declared under declaration of trust appointing another or additional "Trustee/Secured Party Creditor/Bailee" as stated therein.

69. **Sentient, living being** means the Trustee "Keith-Dewane: Hopper" a living, breathing, flesh-and-blood man, as distinguished from an abstract legal construct such as an artificial entity, juristic person, corporation, partnership, association, and the like.

70. **State**: The word "State", which is distinguished in this Contract by being written in upper and lower case letters, means any of the fifty independent sovereign nations, states and republics which make up the Union and are commonly referred to and known as states of the "united States of America" (For example: the "State of Oklahoma", i.e., "Republic of Oklahoma"), which use of the word "State" is not the same as a "STATE" of the "UNITED STATES Corporation" and any such "State" is not a creation or subdivision thereof, and is not subject to the jurisdiction thereof.

71. **STATE**: The word "STATE", which is distinguished in this Contract by being written in all upper case letters, means any of the de facto compact (Corporate) commercial states contracting within the "UNITED STATES Corporation", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, by way of example, including, but not limited to the "STATE OF OKLAHOMA", or by whatever name same may currently be known or be hereafter named. STATEs are a part of and subject to the jurisdiction of the "UNITED STATES Corporation", and are not States of the "united States of America". As a condition of this Contract, the Secured Party will determine **1**. Whether or not any State is a part of the "UNITED STATES Corporation", and **2**. Whether the alleged offense occurred within the limits of the "UNITED STATES Corporation", and such determination will never be challenged by any Representative of the "UNITED STATES Corporation". A violation of this provision will be #87 Unlawful Determination and punishable as indicated by this Contract.

72. **Statute Staple Securities Instrument**: Means a registered bond, statute, which establishes a procedure for settlement of commercial debt or obligation of record. This also establishes the law as it relates to the Secured Party.

73. **Strawman**: In this documentation the term "strawman" means the Debtor, i.e., KEITH DEWANE HOPPER©, also known as KEITH DEWANE HOPPER TRUST© or simply Trust or TRUST and any and all variations and derivatives of the spelling of said name except Keith-Dewane: Hopper; a front, a third party who is put up in name only for participating in a transaction. The "strawman" is synonymous with # 76. "Transmitting Utility".

74. **The Placing or Filing of an Unlawful Lien, Levy, Burden, Charge, Liability, Garnishment, Encumbrance, or Attachment**: Means any attempt by any Representative of "government of the United States" or the "UNITED STATES Corporation", to place a lien, levy, garnishment, or attachment on the property or collateral of the Secured Party or Trust. Any such Representative must first prove his authority to do so by lawfully documented evidence, furnishing all documents, forms, and papers as necessary to prove his authority to do so to a neutral Three (3) Notary Panel, hereinafter referenced as The Panel, selected by the Secured Party or Trust. Said Representative must guarantee in writing that the Representative signing said documents will be personally liable for any damage(s) due to his unlawful and/or illegal actions. He must supply bonds or other lawful funds to be held in trust by The Panel until The Panel determines if any actions of the Representative have violated any laws or caused damage to the Secured Party or Trust. The Panel will have the sole power to determine if any damage(s) has occurred and will release the funds according to The Panel's adjudication. The decision of The Panel will be final with no recourse. The surety bonds and/or funds held in escrow by The Panel must be at least four (4) times the estimated value of the property that is liened, levied, garnished, or attached. The assessment of value will be recorded via affidavit by the Secured Party and delivered to The Panel. The Panel's determination and the assessment thereof will be accepted as truth without question or recourse. Said Representative agrees to surrender, including, but not limited to, any and all surety bonds, public and/or corporate insurance policies, CAFR funds, or corporate property as needed to satisfy any and all claims and/or assessments as filed against said Representative by the Secured Party. Said Representative agrees that any and all property or collateral with a current or existing lien will remain in the custody and control of the Secured Party until such time as a determination has been made by a jury of twelve of the Secured Party's Peers as defined herein. In the event that a jury of twelve of the Secured Party's Peers cannot be convened or has not been convened within sixty (60) days from the date of the order of the lien, levy, attachment, or garnishment, any action against the Secured Party or Trust shall be dismissed with prejudice; and every lien, levy, attachment, or garnishment shall be released within ten (10) days and all property rights restored, unencumbered. The Representative who has authorized said lien, levy, attachment, or garnishment agrees to surrender any and all surety bonds, public and/or corporate insurance policies, CAFR funds, or corporate property as needed to satisfy any and all claims and/or assessments as filed against said Representative.

75. **Trespassing/Trespass:** Means the entry into, or onto the domain, property, residence, area, location, grounds, dwellings, buildings, barns, sheds, caves, structures, lands, storage areas, tunnels, automobiles, trucks, safe houses, underground shelters, automobiles, motor vehicles, recreational vehicles, boats, planes, trains, ships, containers, vans, heavy equipment, farm implements, culverts, driveways, trees, yards,

real property, real estate, land, etc., of the Secured Party without Secured Party's express written permission, or without a lawfully executed fourth (4th) amendment warrant, and any and all Representatives of "government of the United States" or the "UNITED STATES Corporation", will fully and completely observe any and all protections as outlined in the Constitution for the united States of America, the Honorable "Bill of Rights, and/or the "Constitution of the State of Oklahoma." Any personal property that is damaged, lost, stolen, or misplaced, etc., will be recoverable as indicated in the Legal Notice and Demand document. Secured Party solemnly swears and affirms that Secured Party does not have any illegal contraband on Secured Party or Trusts property; Secured Party has never had any illegal contraband on or around my property and never will. Secured Party simply does not allow it on Secured Party's or Trusts property. Any contraband if it is found on said property will have been introduced by the officers or agents during time of trespass. Contraband or illegal items if they are found in a search do not belong to Secured Party or Trust and may not be used in any attempt in any claim against me. Any and all Representatives of the "government of the United States" or the "UNITED STATES Corporation", will be held individually and personally liable for the full amount of damages as outlined in this Notice and Demand document for trespassing.

76. **Transmitting Utility:** the term "Transmitting Utility "KEITH DEWANE HOPPER©, also known as KEITH DEWANE HOPPER TRUST©", and any and all derivatives and variations in the spelling of said name except Keith-Dewane: Hopper.

77. **TRUST:** means "KEITH DEWANE HOPPER TRUST ©" also known by any and all derivatives and variations in the spelling of said name with the exception of "Keith-Dewane: Hopper", this is a copyrighted entity with all rights reserved.

78. **Trustee:** means "Keith-Dewane: Hopper".

79. **UCC:** Herein the term "UCC" means Uniform Commercial code.

80. **Unalienable Rights (Inalienable Rights)**: Means Natural Rights given by God as acknowledged by the Law of Nations and incorporated into the "Bill of Rights," of the Constitution of the State of Oklahoma such as, but not limited to right of enjoying and defending their lives and liberties; of acquiring, possessing and protecting property; and of seeking and obtaining their safety and happiness.

81. **Unfounded Accusations**: Means any accusation, charge, or claim, civil or criminal, or in admiralty that is alleged or made by any Representative of the "government of the United States" or the "UNITED STATES Corporation", as defined herein, that is not proven by written documented evidence presented under oath and penalty of perjury by an authorized Representative of the "government of the United States" or the "UNITED STATES Corporation". The accuser has eight (8) hours to provide said documents to be reviewed and in possession of the Secured Party; and failure to do so will be unfounded accusations and subject to the penalties contained herein.

82. **UNITED STATES Corporation**: "UNITED STATES Corporation" means the corporate "UNITED STATES", "Corp. USA", "United States, Inc.", or by whatever name it may currently be known or be hereafter named, (exclusive of the "united States of America" and the "government of the United States as created in the original Constitution for the united States of America, circa 1787"), or any of its agencies, or sub-Corporations, including but not limited to any de facto compact (Corporate) commercial states contracting therein, including, but not limited to the "STATE OF OKLAHOMA", or by whatever name it may currently be known or be hereafter named (Exclusive of the "State of Oklahoma", i.e., "Republic of Oklahoma").

83. **united States of America:** The term "united States of America", when used in this Contract is distinguished by being written in upper and lower case letters, except that the first letter of the first word, i.e., "united" is a lower case letter, and means that union of independent sovereign nations, states and republics, which as colonies of Great Britain and having declared their independence from Great Britain in The Declaration of Independence adopted July 4, 1776, and having won their independence from Great Britain in the American Revolutionary War, and thereafter having gained recognition as independent sovereign nations, states and republics in international law by the Treaty of Peace of 1783, signed by His Most Royal and Dread Sovereign Majesty, King George the 3rd, and its two addendums signed by the then Kings of Spain and France, and which independent sovereign nations and states did adopt the "Articles of Confederation" of 1778 and thereafter adopted the "Constitution for the united States of America" in 1787. The word "united States of America", when used in this Contract, does not include the UNITED STATES Corporation, as that term is defined herein.

84. **Unlawful Arrest**: Means restricting the Secured Party's right to move about freely without the proper use of a lawful 4th amendment warrant signed by a judge of "Competent Jurisdiction" while under oath. This includes unnecessary use of restraint devices, traffic stops, raids, or any other type of interaction, when an officer is presented with and ignores a "Notice and Demand," "Public Servants Questionnaire," "Right to Travel" Documents, or other documents notifying the officer of the lawful rights of the Secured Party, created by God, who is not to be confused with the Corporate Fiction "Strawman" which was created by the STATE. This includes arrest when the Secured Party is incarcerated for refusing to sign any citation, arrest due to contempt of court when he or she is not violent or a physical threat to the court, arrest by Internal Revenue Service for failure to produce books, records, or other documents, arrest and refusal of Habeas Corpus, arrest for conspiracy of any kind without lawfully documented affidavits from at least two (2) eye witnesses, signed under oath and penalty of perjury.

85. **Unlawful Detainer**: Means any attempt by any officer of the court or Representative of the "government of the United States" or the "UNITED STATES Corporation" to arrest, check, hinder, delay, possess, hold, keep in custody, restrain, retard, stop, withhold the Secured Party without affording him every protection as outlined by the "Constitution for the united States of America", the Honorable "Bill of Rights, and/or the "Constitution of the State of Oklahoma." Any public law, statute, regulation, ordinance or the like will be null and void and will not be used in any action in which the Secured Party is involved.

86. **Unlawful Detention**: Means restraining the Secured Party's freedom of movement, and/or Right to Travel, against his will for more than sixty (60) seconds without a properly authorized lawful 4th amendment warrant signed by a judge of competent jurisdiction while under oath. This includes routine traffic stops, raids, random identification checks, security checks, only after the Representative has been notified by the Secured Party of his status and after the officer has been given documents to prove said status, along with up to ten (10) minutes for officer to examine said documents.

87. **Unlawful Determination**: Means any statement, speech, gesture, writing, presentment, or the like that suggests an idea that negatively represents the character, actions, plans, procedures, customs, ways of the Secured Party or Trust, or group of Secured Parties, that is not

proven by documented authorized certified evidence, on and for the record under penalty of perjury. This includes off color statements, accusations, or remarks by a judge or other officer of the court and any other Representative of the "government of the United States" or the "UNITED STATES Corporation".

88. **Unlawful Distraint**: Means seizure or taking of any property that is lawfully owned or in possession of the Secured Party or Trust that Secured Party Represents without proper probable cause, and/or due process, and lawful 4th amendment warrant. This includes any seizure by any Representative, in any capacity, or relationship with the "government of the United States" or the "UNITED STATES Corporation" or any of its agencies, contractors, subdivisions, subsidiaries, or the like.

89. **Unlawful Restraint**: Means any action by any Representative to prevent, coerce, intimidate, hinder, or in any way limit the right of the Secured Party or Trust from any type of freedom of legal/ lawful speech, travel, movement, action, gesture, writing, utterance, or enjoyment of any right or privilege that is commonly enjoyed by any citizen of the United States or of the State of Oklahoma.

90. **US Dollars**: Means the currently recognized medium of exchange as used by the general public at the time of offense, at par value, equal to one ounce silver dollar equivalent per each dollar unit, as represented in a claim. All claims and damages will be paid at par value as indicated. Par value will be established by written law or the value established by the US MINT for the purchase of an official one troy ounce 99.999% Pure Silver Coin, whichever is higher at the time of the offense.

91. **Verbal Abuse**: Means the use of offensive, and /or threatening verbal words, body language, and nonverbal gestures or actions by any representative of the "government of the United States" or the "UNITED STATES Corporation", as defined herein, upon the Secured Party. If a controversy arises about an incident, the version told by the Secured Party will be accepted as truth and will not be contested.

92. **Vessel in Commerce**: "vessel in commerce" means the strawman, KEITH DEWANE HOPPER© TRUST, and any and all derivatives and variations in the spelling of said name except Keith-Dewane: Hopper, a transmitting utility, an all-capital letter name representing the Strawman/Trust entity/Ens Legis for the use in commerce by which the Trustee/Secured Party can participate in commerce, and appear in court.

93. **Victim**: Means the **Secured** Party or Trust who has received direct damages to themselves or their property as the result of an unlawful or illegal act by another.

94. **Victimless Laws**: Means any law that is passed or presumed to be passed that creates a violation of law where no Natural Man or Woman has been **damaged**. This includes any statute, ordinance, regulation, policy, or color of law provision. These types of laws will not be used in any action, of any kind, against any Natural Man or Woman or the property thereof.

95. **Willingly**: Means that a Secured Party is in full knowledge, understanding, agreement, and full consent, at all times, without fear of reprisal, threat, or **coercion**, during any interaction in which he is involved with any Representative of any court or Corporation, including incorporated governments.

96. **Written or Verbal Agreement**: Means any agreement entered into by the Secured Party or Trust, written or verbal. Any question of any contract will be resolved **by** an affidavit from the Secured Party or Secured Party on Behalf of Trust. Secured Party's affidavit whether in behalf of the Secured Party or the Trust, will be considered fact in any action or dispute, without question of any Representative of any Corporation, including incorporated governments.

# UCC Financing Statement

**Colorado Secretary of State**
Date and Time: 08/28/2023 05:56:13 AM
Master ID: 20232082087
Validation Number: 20232082087
Amount: $8.00

---

## Debtor: (Organization)

Name: KEITH DEWANE HOPPER TRUST

Address1: PO BOX 47

Address2:

City: FAIRFAX          State: OK          ZIP/Postal Code: 74637

Province:              Country: United States

The debtor is a transmitting utility.

---

## Debtor: (Organization)

Name: KEITH DEWANE HOPPER; NON-ADVERSE; NON-BELLIGERENT; NON-COMBATANT PRIVATE FOUNDATION

Address1: PO BOX 47

Address2:

City: FAIRFAX          State: OK          ZIP/Postal Code: 74637

Province:              Country: United States

Collateral is held in a Trust.

---

## Secured Party: (Individual)

Last name: Hopper          First name: Keith-          Middle name: Dewane:          Suffix:

Address1: 416 N Wilson Street

Address2:

City: Fairfax          State: OK          ZIP/Postal Code: 74637

Province:              Country: United States

---

## Collateral

**Description:**

This is the entry of collateral by Trustee/Secured Party on behalf of the Trust/Estate; KEITH DEWANE HOPPER TRUST in the Commercial Chamber under necessity to secure the rights, title(s), interest and value therefrom, in and of the Root of Title from inception, as well as all property held in trust including but not limited to DNA, cDNA, cell lines, retina scans, fingerprints and all Debentures, Indentures, Accounts, and all the Pledges represented by same included but not limited to the pignus, hypotheca, hereditaments, res, the energy and all products derived therefrom nunc pro tunc, contracts, agreements, and signatures and/or endorsements, facsimiles, printed, typed or photocopied of owners name predicated on the Straw-man, Ens legis/Trust/Estate described as the debtor and all property is accepted for value and is Exempt from levy.

---

## Collateral

**Description:**

Lien places on debtor entities is for all outstanding property still owed but not yet returned to trust from entities such as municipalities, governments and the like , not on trust entity itself. Trustee is not surety to any account by explicit reservation/indemnification. The following property is hereby registered and liened in the same: All Certificates of Birth Document 135-80-017668, SSN/UCC Contract Trust Account-prepaid account Number: ████████, Exemption Identification Number: ████████, is herein liened and claimed at a sum certain $100,000,000.00, also registered: Security Agreement No. 05061980-KDH-SA, Hold Harmless & Indemnity Agreement No. 05061980-KDH-HHIA, Copyright under item no.: 05061980-KDH-CLC Adjustment of this filing is in accord with both public policy and the national Uniform Commercial Code.

---

## Collateral

**Description:**

Trustee/Secured Party, Keith- Dewane: Hopper, is living flesh and blood sojourning upon the soil of the land known as Oklahoma, and not within fictional boundaries, territories nor jurisdiction of any fictional entity including fictional Federal geometric plane(s). Trespass by any agent(s) foreign or domestic, by such in any scheme or artifice to defraud. Full reverence by ALL AGENTS and Corporations is unambiguously demanded and required. Culpa est immiscere se rel ad se non pertienti. All property currently held or outstanding belongs to the Trust administered by Trustee/Secured Party, Title 46 USC 31343 and Article 1 and 5 of the International Convention on Maritime Liens and Mortgages 1993, Held at the Palis Des Nations, Geneva, From April 19 to May 5,1992 United Nations (UN).

## Collateral

**Description:**

This Maritime Lien is under safe harbor and sinking funds provisions through the prescription of Law of Necessity and the doctrines of unconscionably and La Mort Saisit Le Vif in accordance with Applicable Law, Cardinal Orders, Ordinal Orders, and Commercial Standards.

## Optional Information

### Alternative designation:

In this financing statement, the terms "debtor" and "secured party" shall be read to mean: Bailee/Bailor

### Optional filer reference data/miscellaneous information:

Bailee/Bailor shall mean the same as Secured Party/ Debtor. All collateral is held under trust.UCC 1-308

Exhibit #1



## IN THE TULSA COUNTY DISTRICT COURT

### STATE OF OKLAHOMA

Keith-Dewane: Hopper- pro per petitioner

Copy to DA & Judge Hathcoat

V

DISTRICT COURT
FILED
APR 29 2024
DON NEWBERRY, Court
STATE OF OKLA. TULSA CO.

CASE NO. [CF-2022-3018]

STATE OF OKLAHOMA

### WRIT OF QUO WARRANTO BY SPECIAL APPEARANCE

"Silence can only be equated as fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading." UNITED STATES V TWEEL, 550 F. 2d 297-COURT OF APPEALS, 5ᵀᴴ CIRCUIT 1977

On 04/05/2024, 04/12/2024, and 04/19/2024, Judge Richard Hathcoat in open court denied Keith Dewane Hopper on the record the filing of his oath of office. Judge Richard Hathcoat has still not validated his oath of office on the record.

28 USC sec.453 "Oaths of justice and judges each justice or judge of the United States shall take the following oath of affirmation before performing the duties of his office. I _____ _____ do solemnly swear or affirm that I will administer justice without respect to persons and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as __ under the constitution and laws of the United States. So help me God."

Your refusal to show your oath of office raises questions to remain impartial and thereby you are disqualified Under 28 USC sec. 454 Practicing law from the bench, for failure to remain impartial. You are not bound to your oath if it isn't entered on the record. Petitioner invokes the Tweel Fraud Doctrine.

pg 1

Without your oath of office entered on the record you are practicing law from the bench. By practicing law from the bench you are guilty of a high misdemeanor.

42 USC sec. 654(7) provide for entering into cooperative arrangements with appropriate courts and law enforcement officials and Indian tribes or tribal organizations (as defined in subsections(E) and (I) of section 5304 of title 25) to assist the agency administering the plan, including the entering into of financial arrangements with such courts and officials in order to assure optimum results under such program, and (B) with respect to any other matters of common concern to such courts or officials and the agency administering the plan:

45 CFR sec. 302.34-Cooperative arrangements. The State plan shall provide that the state will enter into agreements which are reflected in a record, for cooperative arrangements under sec. 303.107 of this chapter with appropriate courts; law enforcement.

In other words, the following Judges Richard Hathcoat, David Guten, Tanya Wilson, Loretta Radford, Michelle Keely, and Anthony Miller did not file an oath of office on record in case CF-2022-3018  when they signed the  warrants for arrest which nullifies, voids any and all warrants, documents, orders signed by these Judges . Without the oath of office filed on record these Judges were practicing law from the bench which is a crime of high misdemeanor. The above mentioned rules and US Codes also apply here.

Petitioner challenges jurisdiction of arrest and prosecution of Keith-Dewane: Hopper.

Coram Non Judice. " In voking the phrase Coram Non Judice, before a person not a judge , meaning, in effect, that the proceeding in question was not a judicial proceeding because lawful judicial authority was not present, and could therefore not yield a judgment." J.McIntyre Machinery, LTD V. Nicastro, 131 S.CT. 2780-Supreme Court 2011.

Pg 2

Petitioner request this case to be dismissed as stated above as any and all judicial orders are fraud and void. Petitioner request a refund of all expenses associated with this case.

UNDER NO CIRCUMSTANCES IS THIS NOTICE TO THE COURT TO BE INTERPRETED AS PROOF OF CONSENT BEING SUBMITTED TO THE JURISDICTION OF THE COURT.

THE USE OF NOTORAY SERVICE DOES NOT GRANT ADHESION INTO ANY FOREIGN JURISDICTION. THE USE OF A NOTORY IS JUST A WITNESS AS A DISINTERESTED PARTY TO THE AUTOGRAPH OF THIS NOTICE.

NOTICE OF RESCINSION OF SIGNATURES

Signed with no consideration or just compensation given in contracts by the State for the above cause by Keith-Dewane: Hopper, currently in custody at David L. Moss. Petitioner rescinds all previous signatures and reserves all rights.

_Keith-Dewane: Hopper_       04|25|24

Without prejudice/ without recourse  [UCC 3-108|207]

I Keith-Dewane : Hopper, hereby certifies by his signature under the penalty of perjury that the above cited facts are true and correct to the best of his understanding and knowledge. All Rights Reserved.

_Keith-Dewane: Hopper_       04|25|24

Without prejudice/ without recourse
[UCC 3-108|207]
Deana J Dale POA 04/25/24

OFFICIAL SEAL
CALLIE BOWMAN
NOTARY PUBLIC OKLAHOMA
OSAGE COUNTY
COMM. EXP. 03-28-2027
COMM. NO. 19003189

_Callie Bowman_

## CERTIFICATE OF MAILING

I Keith Dewane Hopper swear under penalty of perjury that the forgoing is true and correct and I mailed a copy to:

Tulsa County District Court Clerk at 500 South Denver Ave. 2nd floor

Tulsa, Oklahoma 74103 to be filed in CF-2022-3018.


Tulsa County District Attorney Office

c/o Ashley Nix

500 S. Denver Ave 9th Floor

Tulsa, Oklahoma 74103


Judge Richard Hathcoat

500 S. Denver Ave #601

Tulsa, Oklahoma 74103

Certified mail #7021 2720 0002 4893 1244


_Keith Dewane Hopper_  04/25/24

Dean Daer POA  04/25/24

OFFICIAL SEAL
**CALLIE BOWMAN**
NOTARY PUBLIC OKLAHOMA
OSAGE COUNTY
COMM. EXP. 03-28-2027
COMM. NO. 19003189

_Callie Bowman_
4-25-24

pg 4

Exhibit #2

**CF-2022-3018**



DISTRICT COURT
F I L E D

APR 0 5 2024

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

## **Affidavit of Deanna Dale**

## **In Support of Marsy Law**

I Deanna Lyn Dale and writing this affidavit of my own free will. I have not been threatened nor promised anything to write this. I am writing this because I want to. I am tired of this treatment by this court. I demand it to stop. I have the right to be treated with fairness, dignity, respect and privacy. These are my constitutional rights and Marsy Law promises them. I have not received those rights by the court, or the district attorney.

My husband Keith Dewane Hopper is a good man, who helps everyone he can.
He comes from a bad past but he has changed his life and this court is lying on his name. My husband Keith Hopper, the man whom DID NOT place his hands on my neck or attempt to in anyway. I have never said he did and if Ashley Nix states anything different she is lying. She has no personal knowledge. She was not there. I have never called it a hand print, neither did the officers that day. They called it a mark or scratch. When they showed the picture, it was a simple scratch not a hand print. Again, my husband DID NOT STRANGULATE NOR ATTEMPT TO CHOKE ME. He never touched me. My husband DID NOT shove me into the side of the car. I am tired of these lies. He never placed an unwanted touch upon my body.

My husband has NEVER prevented me from testifying nor attempted to prevent me from testifying. He has never threatened me through force and fear of any physical harm or mental harm in anyway. The communication between my husband and I is all consented and wanted. At no time has he said alter any of what I have and will testify to.

With all this being said again, Marsy Law states I have the right to fairness, respect, the right to be provided with reasonable and timely notice of and to be present at all proceedings, the right to be heard in any proceedings any many more that have yet to be awarded to me.

This is an affidavit for me to utilize my right to being heard as the alleged victim and I wanted all the facts included in this affidavit to be acknowledged and heard. I demand my rights be enforced by this court.

X _Deanna Ly Dale_          04/05/24

Deanna Lyn Dale
(479)653-0446

State: Oklahoma
County: Tulsa

Signed before me on April 5, 2024.

_____
Notary

Exhibit #3

**STATE OF OKLAHOMA**

**COUNTY OF TULSA**



DISTRICT COURT
F I L E D

APR 12 2024

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

Keith Dewane Hopper
Defendant

V.

CF-2022-3018

STATE OF OKLAHOMA
Plaintiff

## ENTRY OF APPEARANCE BY INTERVENOR

I Deanna Lyn Dale being of majority age, clear head and sound mind on and for the record hereby make this ENTRY OF APPEARANCE BY INTERVENOR in CF-2022-3018. I do so being in fact a party to this case and capable of speaking in my own behalf. This Entry Of Appearance is in conjunction with a REVOCATION OF POWER OF ATTORNEY that has also been filed into this case jacket on and for the record.

I do not consent to anyone else speaking on my behalf nor advocating in my behalf. Any filings or other information concerning this case needs to be sent to myself at the below address:

416 N Wilson
Fairfax, OK 74637

The forgoing instrument is presented in Good Faith.

Respectfully submitted,

X _Deanna J Dale_                    04/ 12 / 24
Signature                           Date



OFFICIAL SEAL
**CALLIE BOWMAN**
NOTARY PUBLIC OKLAHOMA
OSAGE COUNTY
COMM. EXP. 03-28-2027
COMM. NO. 19003189

Pg. 1

Callie Bowman

I Deanna Dale do not Consent to being in a
contract with the State of Oklahoma

CERTIFICATE OF SERVICE/ VERIFICATION/AFFIDAVIT I  Deanna Lyn Dale  swear under penalty of perjury the forgoing is true and complete and I hand delivered the forgoing instrument to the Tulsa county district court clerk at 500 south Denver Ave 2nd floor Tulsa, OK 74103 to be filed in cf-2022-3018 and delivered a filed stamped copy to judge R. Hathcoat chamber Rm 601 and the district attorney in Courtroom prior to court on April 12 2024.

X _Deana 1 Dale_
Signature

_04/12/24_
Date

OFFICIAL SEAL
**CALLIE BOWMAN**
NOTARY PUBLIC OKLAHOMA
OSAGE COUNTY
COMM. EXP. 03-28-2027
COMM. NO. 19003189

Callie Bowman

Pg. 2

Exhibit #4

## POWER OF ATTORNEY REVOCATION

STATE OF OKLAHOMA

COUNTY OF TULSA

CF-2022-3018

**THE UNDERSIGNED HEREBY DECLARES THAT:**

I, Deanna Lyn Dale, with a mailing address of :

416 N. Wilson
Fairfax, OK 74637

DISTRICT COURT
F I L E D

APR 12 2024

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

Hereby revoke all Powers of Attorney executed prior to the 9th day of

April 2024, made by me Deanna Lyn Dale.

This Revocation of Power of Attorney is effective immediately and shall be back dated to 07/27/1986 and does not expire unless I expressly give consent.

This revocation of power of attorney includes but is not limited to the following;

1) officer of the JORDAN WEYGAND CITY OF GLENPOOL/GLENPOOL Police department and all Other employees there-of

2) STATE OF OKLAHOMA and all representatives/employees there-of to include the TULSA COUNTY DISTRICT ATTORNEYS OFFICE and all representatives/employees there-of.

I DO NOT GIVE MY CONSENT FOR ANY OF THE ABOVE TO SPEAK IN MY BEHALF, ADVOCATE FOR OR IN MY BEHALF NOR TO ARGUE IN MY BEHALF IN REGUARDS TO CF-2022-3018

I HERE-BY REVOKE/RECIND ANY AND ALL AUTHORITY THE STATE OF OKLAHOMA BELIEVES I GRANTED THEM EITHER KNOWINGLY OR UNKNOWINGLY IN REGUARDS TO CF-2022-3018.

Pg. 1

I Deanna Dale DO NOT consent to being in
a contract with the State of Oklahoma

CERTIFICATE OF SERVICE/ VERIFICATION/AFFIDAVIT I  Deanna Lyn Dale  swear under
penalty of perjury the forgoing is true and complete and I hand delivered the forgoing
instrument to the Tulsa county district court clerk at 500 south Denver Ave 2nd floor Tulsa,
OK 74103 to be filed in cf-2022-3018 and delivered a filed stamped copy to judge R.
Hathcoat chamber Rm 601 and the district attorney in Courtroom prior to court on April 12
2024.

I Deanna Lyn Dale are majority age clear mind and competent to handle your own affairs

x Deanna J Dale          04/12/24

Deanna Lyn Dale                 (479)653-0446

The foregoing Revocation was signed by _Deanna Dale_ in my presence, and

I at her request and in her presence, and in the presence of each other, each of us

Being over the age of 18 years, have hereunto subscribed my notary as Witnesses on

This the 12th day of April_____ , 2024



OFFICIAL SEAL
**CALLIE BOWMAN**
NOTARY PUBLIC OKLAHOMA
OSAGE COUNTY
COMM. EXP. 03-28-2027
COMM. NO. 19003189

Pg.2

Exhibit #5

## Tulsa County District Court

### State of Oklahoma

Keith Dewane Hopper
"Innocent man defendant"

**DISTRICT COURT**
**FILED**
APR 12 2024
DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

V.                                                CF-2022-3018

**STATE OF OKLAHOMA**
" Wrongful accuser plaintiff"

### Motion to Dismiss by Intervener

I Deanna Lyn Dale In accordance with my constitutional rights and Marsy's Law as the alleged victim in CF-2022-3018 demands The Tulsa County District courts to dismiss ALL charges against my husband Keith Dewane Hopper Who has been wrongfully accused by Ashley Nix Who has a vendetta against my husband because I will not lie and say my husband assaulted me. Ashley Nix is victimizing me.

Ashley Nix is violating Marsy's Law and refusing to acknowledge anything I say to her. Ashley Nix is lying , my husband did not strangulate, choke me, place his hands on my neck, nor attempt to on 08-08-2022 nor any other time. I have NEVER alleged anything remotely to that. If Ashley Nix states anything differently she is lying. Place her under oath and swear her in.

Ashley Nix is lying my husband did not shove me into the side of a car or place an unwanted touch on me in anyway on 08-08-2022 nor any other day. I love it when my husband touches my body. If Ashley Nix states anything different she is lying. Place her under oath and swear her in.

Ashley Nix is lying my husband has not nor never prevented me from testifying or attempted to prevent me from giving testimony. Matter of fact he has been sure I have been available and ensured I had rides to court. Ashley Nix has kept me from the courtroom and stated she didn't need my testimony she would use his past to convict him. Place her under oath and swear her in.

Ashley Nix does not represent me nor my interests. She is only out to hurt innocent people. I have attempted to speak to Ashley Nix many times only to be ignored. I have filed multiple affidavits signed under penalty of perjury proclaiming my husband's innocence and Ashley Nix refused to drop charges. She is being vindictive and is directly bringing injury to me.

Ashley Nix has humiliated me on the stand and attacked me. I do NOT consent to this treatment nor do I consent with this case continuing against my husband who is innocent of ALL charges.

Ashley Nix falsely accused Timothy Hankins Jr of raping her ( CF-2020-5224) (Payne County) Now she is falsely accusing my husband of these charges. I am NOT a victim to my husband. Ashley Nix is attempting to make me a victim.

This assault on my family by this court has went on long enough and as the alleged victim I demand it bro stop. Ashley Nix has threatened me and harassed me and lied. I have been prevented from communicating with my husband and I DO NOT consent to this.

I can not in good faith assist the State in this unlawful prosecution of an innocent man. I demand it Cease and Desist immediately.

Again Ashley Nix is proceeding in fraud and deceiving this court. She is not presenting the truth to this court. She is not giving me respect nor privacy and is not acting in good faith.

I Deanna Lyn Dale demand a hearing. I will testify under oath to all these facts. I demand dismissal. I want my husband home.

Respectfully,

OFFICIAL SEAL
**CALLIE BOWMAN**
NOTARY PUBLIC OKLAHOMA
OSAGE COUNTY
COMM. EXP. 03-28-2027
COMM. NO. 19003189

X _Deanna Dale_     04/12/24     Callie Bowman

416 N. Wilson
Fairfax, OK 74637      (479) 653-0446      deedale727@gmail.com

I Deanna Dale Do Not consent to being in a
Contract with the State of Oklahoma

## Verification Affidavit

I Deanna Lyn Dale swear under penalty of perjury that the forgoing is true and correct and I mailed a copy to the Tulsa County District Court Clerk at 500 South Denver Ave. 2nd floor Tulsa, Oklahoma 74103 to be filed in CF-2022-3018.

x         04/12/24

416 N. Wilson
Fairfax, Ok 73637
(479) 653-0446
deedale727@gmail.com

```
OFFICIAL SEAL
CALLIE BOWMAN
NOTARY PUBLIC OKLAHOMA
OSAGE COUNTY
COMM. EXP. 03-28-2027
COMM. NO. 19003189
```

Callie
Bowman

Exhibit #6

CASE NO. CF-2022-3018

DISTRICT COURT
FILED

NOV 2 9 2023

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

| | | |
|---|---|---|
| THE STATE OF OKLAHOMA | § | IN THE DISTRICT |
| | § | |
| VS. | § | ____COURT___ |
| | § | |
| KEITH DEWANE HOPPER | § | OF TULSA COUNTY |

## AFFIDAVIT OF NO PROSECUTION BY Deanna Lyn Dale

BEFORE ME, the undersigned authority, on this day personally appeared Deanna Dale, who after being duly sworn, testified as follows:

I understand I have the right to counsel to advise me before I sign this affidavit. I have exercised that right or am giving up that right. I am aware of the consequences of providing a false statement, making a false report, perjury and aggravated perjury. I am signing this affidavit of my own free will. I have not been coerced or pressured in any manner to provide this statement.

I intend for this document to serve as my Affidavit for Non- Prosecution in the matter of the State of Oklahoma v. KEITH DEWANE HOPPER, Case Number CF-2022-3018 in which KEITH DEWANE HOPPER is charged with Domestic Assault and Battery By Strangulation, Domestic Assault and Battery, and Preventing A Witness From Testifying. I am the alleged victim in this case and it is my wish that all charges in relation to this matter be dismissed, and there be no further action taken thereon and I do not intend to pursue the Prosecution of KEITH DEWANE HOPPER.

STATEMENT :

I hereby under penalty of perjury declare KEITH DEWANE HOPPER DID NOT commit any of the alleged acts against myself nor have I even made such complaints against Keith Hopper. I have never filed a criminal complaint against Mr. Hopper and I am not in agreeance with the STATE and do not intend to testify against Keith Hopper to support the fraudulent claims. It is my wish and request these charges be dismissed for they have cause this family great financial, emotional, and mental harm. My husband deserves his freedom returned to him that has been unjustly taken from him.

## Check and initial Applicable Statements

I express my desire to not appear as a witness against Keith D. Hopper.

- ✓ If I am called as a witness or subpoenaed to a Jury Trial, my testimony would favor the accused. **Initials** ⟋⟍⟍⟋⟍

- ✓ If I am called as a witness or subpoenaed to testify to a Jury Trial, my testimony would be the accused is not guilty of the offense charged. **Initials** ⟍⟍⟍⟍

- ✓ I do not wish to make any statements regarding the alleged offense, but I do not wish to cooperate with the prosecution, and I do not wish for the accused to face any penalty. **Initials** ⟍⟍⟍

- ✓ I am not making this Affidavit to frustrate the ends of justice and I have not been offered any benefit to testify falsely, to

withhold testimony, to elude legal process or absent myself from any official legal proceedings. **Initials** _DLD_

✓ I have been advised that filing this Affidavit, if contrary to any prior sworn testimony, could subject me to criminal proceedings. **Initials** _DLD_

✓ I am making this Affidavit voluntarily, of my own free will, free of any duress or coercion. If the charges against the accused are dismissed or no billed, I will in no way disparage or complain of the Tulsa County District Attorney or any of his or her representatives for failure to prosecute this case. **Initials** _DLD_

If you have any further questions or concerns please feel free to contact me via email at deedale727@gmail.com or phone at (479) 407-1829.

SIGNED: _Deanna L Dale_

PRINTED NAME: _Deanna L Dale_

## NOTARY

BEFORE ME, the undersigned authority, on this day personally appeared

_Deanna L Dale_, known to me to be the person whose name is subscribed to the above and foregoing instrument, and acknowledged to me that he/she executed the same for the purposes and considerations therein expressed. GIVEN UNDER MY HAND AND SEAL OF OFFICE this 29ᵗʰ day of _November_, 2023.



OFFICIAL SEAL
**CALLIE BOWMAN**
NOTARY PUBLIC OKLAHOMA
OSAGE COUNTY
COMM. EXP. 03-28-2027
COMM. NO. 19003189

_Callie Bowman_

Exhibit #7

Case# CF-2022-3018

## Affidavit of Deanna Lyn Dale

DISTRICT COURT
**FILED**
FEB 09 2024
DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

Copy to DA & Judge

My name is Deanna Lyn Dale.  I am the wife of Keith Dewane Hopper.

My husband is currently charged with Domestic Assault and Battery by Strangulation, Domestic Assault and Battery, Preventing a Witness from Testifying.

I am writing this Affidavit at my own free will. The State has threatened, Harassed and Intimidated me about this case.

I do not want to press charges.

I want all charges against my husband dismissed with prejudice.

My husband did not do anything he is accused of.

My husband did not abuse me in any way, shape or form.

I am aware that the prosecutor is Ashley Nix and she hates men so much that she has wrongly accused other innocent men such as my husband for it to be revealed later that DA Ashley Nix was lying.

I do not trust Ashley Nix, she is trying to further her career through lies at the expense of me and my husband.

I will testify at trial that the State is lying and I will tell the jury I do not trust Ashley Nix. Ashley Nix will say anything to obtain a wrongful conviction.

Pg. 1

I recant any and all statements made that the State believes is against him, my husband did nothing to me.

To be more clear, I will testify that I wrote this Affidavit along with several others and that I can not prosecute my husband in good faith knowing I have told the State he did nothing to me.

This statement is exculpatory and falls under Brady v. Maryland, 373 U.S. 83 (1963) where it was held that criminal defendants have a due process right to receive favorable information from the prosecution .

The State is required to produce any and all exculpatory evidence. In United States v. Agurs 427 U.S. 97 107 (1976).

The court held that the State must disclose even unrequested exculpatory evidence. Government disclosure of material exculpatory and impeachment evidence is part of the constitutional guarantee to a fair trial. Brady, 373 U.S. at 87.

The law requires disclosure of exculpatory and impeachment evidence when such evidence is material to guilt or punishment. Brady 373 U.S. at 87. Because they are constitutional obligations, Brady evidence must be disclosed regardless of Whether the defendant makes a request for exculpatory or impeachment evidence, Kyle v. Whitley, 514 U.S. 419, 432-33(1995). Exculpatory and impeachment evidence is material to a finding of guilt- and thus the constitution requires disclosure- when there is a reasonable probability that effective use of the evidence will result in acquittal. United States v. Bailey 475 U.S. 667, 676 (1985). Recognizing that it is sometimes difficult to access the materiality of evidence before a trial, prosecutors generally must take a broad view of materiality and err on the side of disclosing exculpatory and impeachment evidence.

Pg. 2

Kyles, 514 U.S. at 439. Members of the prosecution team include law, include law enforcement officers and other government officials participating in the investigation and prosecution of the criminal case against the defendant. Kyles, 514 U.S. at 437. Due process requires that disclosure of exculpatory and impeachment evidence material to guilt or innocence be made and sufficient time to permit the defendant to make effective use of that information at trial, see, e.g. Weatherford v. Bursey, 429 U.S. 545, 559 (1997).

Additionally now that this affidavit has been filed, the prosecutor Ashley Nix would be committing a napve violation by telling the court or jury anything else.

I Swear under penalty of perjury that everything in this Affidavit is true and correct.

_Deanna Lynn ODell_    02/06/2024

Signature of Affiant

_Jami Burgess_    2/06/2024

Notary signature

OFFICIAL SEAL
JAMI BURGESS
NOTARY PUBLIC OKLAHOMA
OSAGE COUNTY
COMM. EXP. 07-05-2025
COMM. NO. 01009384

My commission expires on

P93

Exhibit #8

CF 2022 3018



*1056132865*

## CEASE AND DESIST

FINAL WARNING I Deanna Lyn Dale here-by command the STATE OF
OKLAHOMA C/0 Stephen Kunzweiler acting chief debt collector and all co-
workers/employees for the state of OKLAHOMA TO CEASE AND DESIST
using my protected name to unlawfully prosecute Keith Dewane Hopper
whom i have NO CLAIM against. CEASE AND DESIST YOUR
UNWANTED TREPASS UPON MY PROPERTY. I DO NOT CONSCENT.
EVERY DAY THE COURTS UNLAWFULLY USE MY PROTECTED NAME
TO HOLD Keith Dewane Hopper against his will this court and its
employees omits and agree to damages of 500,000 dollars per day and
50,000 US Dollars for personal damages per day. this includes the public
and private capacity. FINAL NOTICE. Thank you for your prompt attention
in thi matter, without prejudice/all rights reserved Deanna Lyn Dale;secured
party authorized Rep. attorney in fact in behalf of DEANNA LYN DALE ENS
LEGIS SEE ATTACHED STAMPED OKLAHOMA UCC-1 FOR PROOF OF
OWNERSHIP AND COMMON LAW COPYRIGHT NOTICE.

**DISTRICT COURT**
**F I L E D**

**JUL 2 4 2023**

**DON NEWBERRY, Court Clerk**
**STATE OF OKLA. TULSA COUNTY**

X

State: Oklahoma
County: Tulsa

Signed before me on July 24, 2023

Robert Scott Finnel

Notary

Exhibit #9

```
* 1 0 5 3 0 7 1 7 2 2 *
```

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
## STATE OF OKLAHOMA

STATE OF OKLAHOMA,

Plaintiff,

vs.

KEITH HOPPER

Defendant.

DISTRICT COURT

**FILED**

AUG 1 9 2022

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

Case No. CF-22-3018

(NF # if not yet filed)

### ORDER PROHIBITING CONTACT OF STATE'S WITNESS

Now on __18th__ day of __August__, 2022 the above-styled case comes before

the Court.  The Court, having reviewed the file and being fully advised in the premises orders and

imposes as a condition of bond that Defendant, __KEITH HOPPER__, is

prohibited from contacting, either directly or through third parties, the below-listed victim/witness.

The Court's Order includes but is not limited to contact made via telephone, video, written

correspondence of any kind, including email, and contact made through third parties. The Court's

Order prohibits contact with the following witness, as an order and bond condition on the above-

styled case:

__Deanna Oak__

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that, Defendant has been

ordered not to have contact with the listed State witness.

_____
JUDGE

Exhibit #10

<u>DISTRICT COURT OF TULSA COUNTY</u>
<u>STATE OF OKLAHOMA</u>



Copy to DA & Judge
Kedy

KEITH DEWANE HOPPER (Private-Common Law Trust")
NON-ADVERSE: NON BELLIGERANT: NON COMBATANT - PO Box 47
NON-ASSUMPT: NON DOMESTIC: NON FEDERAL - FAIRFAX OK 74637

v

STATE OF OKLAHOMA (MUNICIPLE CORPERATION)
C/o Tulsa County DISTRICT COURTS          - 500 S. Denver Ave
   Tulsa County DISTRICT ATTORNEYS OFFICE - Tulsa OK 74103
   STEVEN KUNZWEILER

<u>ACCOUNT # CF-2022-3018</u>
<u>Special Depos. T</u>
<u>Court to identify</u>

Notice to agent is notice to principle
Notice to principle is notice to agent

**DISTRICT COURT**
**F I L E D**

<u>SPECIAL DEPOSIT</u>

OCT 16 2023

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

I Keith-Dewane: Hopper ("Trustee/Secured Party) A living flesh and blood man, Almighty God created, private Christian American sui juris sentient being: An Ambassador of God Almighty (2 Cor 5:20) Domiciled in the Oklahoma Republic on religious Sojourn through the UNITED STATES is a "non-resident "Alien as defined in 26 U.S.C. 7701 (b)(1)(B)<75K In regards the UNITED STATES [28 U.S.C. 3002 (15)(A): U.C.C. 9-307 (h) with express, explicit irrevocable reservation of all natural God Almighty given & unalienable rights including but not limited to by F.S.I.A. without Prejudice UCC 1-207 UCC +308 UCC 1-1056 (Andersons) U.C.C. reserved Ab initio, Nunc pro tunc, here by make this "special Deposit" in regards to CF 2022-3018 doing so being of lawful Majority age, clear head and with a sound mind, competent to handle the affairs of KEITH DEWANE HOPPER Furthermore I Keith-Dewane: Hopper a living man (Human) states for the record Am NOT a statutory "U.S. person", "person", or "individual" as defined in 26 U.S.C. 770(a)(30) or 26 U.S.C. 7701(c) or 26 C.F.R. 1.1441-1 (c)(3) respectfully, would have to hold public office and does not consensually hold such an office "As Trustee to KEITH DEWANE HOPPER© Trust. I respectfully order this court to identify the Authority in which its exercising Jurisdiction over KEITH DEWANE

05061980-KDH -SD3

Hopper© Within 3 business days of the filing of this special Deposit, in account # CF-2022-3018.

2 – This Demand is made in accordance with the Constitution that the members of this court took an oath to uphold. Therefore failure to identify would be a direct violation of members of this court (Any member of this court representing the STATE OF OKLAHOMA) oath of office which constitues perjury. Upon failure to identify Trustee Keith-Dewaine' Hopper will in fact seek formal inditments from a higher court for said violations, as well as documented evidence provided to the Bar Association for said actions.

Futhermore this places the burden of Proof on the STATE as required by the administrative Procedures Act 5.U.S.C § 556(d) for this Article I Court has no Jurisdiction over a Common Law Private Trust. Therefore this court must produce a signed Contract with the Federal government that places Trust or Trustee that was entered into knowingly, willfully with full disclosure. or dismiss immedietally. Any rebuttal must be made under penalty of perjury. Or this stands as Truth and STATE OF OKLAHOMA Must DISMISS. CF 2022-3018 LET THE Record reflect this Demand, for the courts to identify the Authority in which it is exercising Jurisdiction.

Notice to agent is Notice to principle, Notice to principle is Notice to agent, Notice to ALL AGENTS OF The subject Matter Herein and presented in Good faith [ucc 1-201(19)'ucc 1·203' ucc 1·202]

This special deposit is executed under penalty of perjury [In nature of 28 U.S.C 1746(1)] expressly without the UNITED STATES [i.e. '28 usc 3002 (15)(A)' ucc 9-307(h)' U.S.C.A Const. Ar. 1:8:17-18'] Admistered by a commissioned officer i.e. notary public in accordance who is acknowledging the same Fed R. Evid 902(1)(B)

Trustee/secured party Keith-Dewaine' Hopper
All Rights Reserved, without prejudice [ucc1-308]
Keith-Dewaine' Hopper 9-25-23

9-25-23

05061580-KDH-SD3

DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA

Exhibit #11



**DISTRICT COURT**
**F I L E D**

APR 19 2024

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

STATE OF OKLAHOMA,
'Plaintiff'

v

KEITH D. Hopper

Account # CF-2022-3018

Notice to principle is Notice to Agent
Notice to Agent is Notice to principle

SPECIAL DEPOSIT

OBJECTION SPECIAL APPEARANCE Affidavit

I a living spirit in a mans body Known As Keith-Dewane: of the House of Hopper by special Appearance, of sound mind, clear head and of majority age competent to handle my own affairs, Under Natural Law jurisdiction whom is being held against my will, unlawfully, without a legitimate claim against me without my consent whom may be located at (300 North Denver Ave, Tulsa OK [74103]) to special Deposit this 'OBJECTION SPECIAL APPEARANCE Affidavit' in Regards to Account # CF-2022-3018 on this 19th Day of April 2024.

I Keith-Dewane: Hopper depose, say, and declare By my signature the following facts are True and complete to the best of my Knowledge and Belief, I have personal Knowledge of the facts and submit this Affidavit under penalty of Perjury.

I Keith-Dewane: of the House of Hopper hereby OBJECT TO these proceedings, Any appearance by the undersigned is not voluntary and has been forced and this appearance requires evidence that the undersigned caused the Plaintiff or anther living flesh and blood human injury in fact by way of a sworn Affidavit by that flesh and blood human

If the undersigned Does appear in court it shall be by special Appearance requiring the court to prove it has jurisdiction to proceed in this matter.

1 of 2 pages

Under No Circumstances is this Notice to the court to be interpreted
as proof of consent being submitted to the jurisdiction of the court

Respectfully Submitted,

without Prejudice /without Recourse
Keith D'Hopes Sui Juris
All Rights Reserved
UCC 1308/3414
UCC. Colorado 20232082067

Certificate of Service /verification /Affidavit

This OBJECTION special Appearance Affidavit is signed under penalty
of perjury 28 USC 1746 Expressly without the UNITED STATES, it is True
and complete and was hand delivered to the Tulsa County District court
clerk at 500 South Denver Av. Tulsa OK 74103 2nd floor to be filed in
Account # CF-2022-3018 on the 19th day of April 2024

without prejudice /without Recourse
Keith D'Hopes
All Rights Reserved
UCC 1-308/3414

Notary does NOT grant adhesion into
Foreign Jurisdiction

_____        4-19-24
Notary Public                  Date

Seal

2 of 2 pages

Exhibit #12

DISTRICT COURT
FILED
NOV 15 2023
DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

CF-2022-3018



Affidavit of Negative Averment
Rebuttal Demanded

Copy to DA & Judge

INDEED No More is needed than "Affidavits" to make a pima facie Case"

United States V. Kis, 658 F.2nd, 526, 536 (7th Cir 1981). (Cert Denied 50 U.S LW. 2169; 5, CT. March 22 1982

That I Keith-Dewane:Hopper, a living man, depose and say and declare being first Duly sworn by my signature that the following facts are True and correct and complete to the best of my Knowledge and belief. That I am of sound mind, clear head, majority age and have personal Knowledge of the facts presented and present this affidavit under penalty of Perjury.

That I Keith-Dewane:Hopper Did NOT commit the crime of "Domestic Assault and Battery By Strangulation" against Deanna-Lyni Dale on Aug 8th 2023 As only the STATE Alleyes.

That I Keith-Dewane:Hopper Did NOT commit the crime of "Domestic Assault and Battery" against Deanna-Lyn:Dale on Aug 8th 2022 As only the STATE Alleges.

That I Keith Dewane Hopper Did NOT commit the crime of "Preventing a witness from Testifying" on Aug 8th or Anytime after that Date.

That I Keith-Dewane:Hopper Did NOT Tell officer Wygant "I shoved my wife into the side of A car. I stated to him "I reached over to her side of the car"

That Deanna-Lyn:Dale has not at anytime made any allegation of any assault, strangulation or accused Affiant of Preventing her from giving testimony to Glenpool Police department Nor to the STATE OF OKLAHOMA.

That I Keith-Dewane:Hopper Did NOT Attempt to follow Glenpool officers away

11132023-KDH-AONA                    Pg 1 of 6

from the scene when they left. I was simply going to retrieve my personal CAR from liberty Truck sales which is directly south of location which was the same direction of hospital.

That Deanna-Lyni'Dale has not given any testimony under oath that I committed any Crime against her.

That Deanna-Lyni'Dale has not at anytime filed a criminal Complaint against the affiant.

That I Keith-Dewane:Hopper has never told my wife to re-cant her story over the Jail phones AS STATE OF OKLAHOMA District Attorney, accuses in "motion to hold Without Bail" That phone call does NOT exsist. The STATE OF OKLAHOMA MUST PRODUCE Alleged phone CALL or futher Prima facie evidence of FRAUD + Perjury.

That I Keith-Dewane:Hopper have NOT Told My wife to lie, be untruthful or not to testify over the Jail phone calls.

That Glenpool Police department never took Deanna-Lyni'Dale to the hospital for a mental Evaluation as she requested.

That Glenpool Police department Did NOT receive a criminal Complaint from Deanna-Lyni'Dale to place Affiant under Arrest on Aug 8th 2022 or Any time after that.

That Glenpool Police Department Did NOT read Affiant his rights when placing him under arrest nor did they attempt to establish any facts

from Affient that would support their Theory.

That the STATE OF OKLAHOMA HAS NOT PRODUCED Any Sworn or written statement Alleging Keith-Dewane:Hopper of Any Crime by Anyone with Personal Knowledge of the facts.

That Deanna-Lyn:Dale DID NOT NOR has ever requested Any protection from "Affiant"

That the STATE OF OKLAHOMA Has NOT Awarded Affiant Due Process of Law.

That Deanna-Lyn:Dale Does NOT HAVE a claim against Keith-Dewane:Hopper nor has ever made an accusation against affiant.

That I Keith-Dewane:Hopper Does NOT consent to the Fraudulent Jurisdiction of the Tulsa County District Courts without an injured Party In fact.

That I Keith-Dewane:Hopper Does NOT consent, nor give consent to the Tulsa County DISTRICT COURTS NOR THE STATE OF OKLAHOMA TO USE The Protected Property "KEITH DEWANE HOPPER" Fraudulently to make money

That Deanna-Lyn:Dale DID not give supporting testimony for the STATE on 9-27-2022 "Motion for Bond Reduction," for the fraudulent charges against Affiant. Again she Alleged NO CRIME occurred.

That Deanna-Lyn: Dale Did NOT give supporting testimony for the States fraudulent Allegations against affiant at hearing "Motion to hold without Bond" in front of Loretta Radford but again testified No crime occured against her.

That Deanna-Lyn: Dale Did NOT give supporting testimony for the STATES fraudulent Allegations against Affiant at Preliminary Hearing In front of Loretta Radford but again testified NO CRIME occured.

That the STATE OF OKLAHOMA HAS NOT rebutted Any Affidavits filed by Deanna-Lyn: Dale In any manner by anyone representing The STATE OF OKLAHOMA

That the STATE OF OKLAHOMA HAS NOT REBUTTED ANY Affidavits filed by Affiant in any manner.

That the Affiant does not consent to a competancy hearing nor has Consented at any time.

That Judge Kedy has not provided her liability Bonding Information, certified copy of her oath of office, certified Copy of her Bar card nor a certified copy of her license to practice law Despite multiple requests from Affiant.

That the STATE OF OKLAHOMA HAS NOT Provided Bonding information, name, address and phone numbers of Bonding companies, nor provided certified copies of oath of offices, Bar cards, or license to practice law for members of this court despite requested by Affiant.

11132023-KDH-AONA          pg 4 of 6

That Judge Keely has not given Affiant Due Process of law and refused to allow affiant to present evidence of his Nationality in court.

That Judge Michelle Keely has NOT awarded affiant his first amendment right of freedom of speech. She in fact orders affiant to be removed from court Anytime affiant attempts to speak.

That Judge Keely is NOT addressing affiants request for Administrative dismissal further showing Bias unethical behavior.

That Judge Keely is not addressing affiants challenge of Jurisdiction which May be challenged at anytime.

That Judge Keely Has not identified the Authority in which This District court is exercising Jurisdiction.

The Tulsa County DISTRICT courts By way of Steven Kunzweiler and other Assistant District Attorneys Are acting in Fraud and malicious intent against Keith-Devine: Hopps when there is Not an injured party alleging any criminal act.

IF no one representing the STATE of OKLAHOMA Rebuts this affidavit point for point then it Stands as truth. points left un-rebutted are points in agreement. Partial response are points in agreance.

MAXIUM of LAW 1 Truth is Sovereign 2 - For a matter to be resolved it must be expressed point of Law

Silence equates to agreement

11132023-KDH-AONA      pg 5 of 6

Further Affiant Sayeth NOT

without Prejudice/without Recourse
Trustee/Secure Party/American State National
Keith-Dewane:Hopper          11-13-2023
Keith-Dewane:Hopper  Authorized Rep. of
KEITH DEWANE HOPPER © Trust
All Rights Reserved          UCC 1-308

Subscribed and sworn before me on this 13th day of
November 2023
Drew McGowen          2-11-25
Notary Public          My commission Exp

seal

Notary does not establish jurisdiction.

Identification only.

11132023-KDH-AONA     pg 6 of 6

*exhibit # 13*



# CEASE AND DESIST

*CF-22-3018*

**IN REGUARDS TO ACCOUNT CF-2022-3018**

ATTENTION HONORABLE JUDGE MICHELLE KEELY, I Keith Dewane Hopper-secure party, authorized rep. Attorney in fact in behalf of KEITH DEWANE HOPPER© ens legis hereby DEMAND YOU TO CEASE AND DESIST YOUR TREPASS ON MY PROTECTED PROPERTY "KEITH DEWANE HOPPER" DO NOT GIVE YOU CONSENT TO USE MY PROTECTED PROPERTY TO FRAUDULENTLY MAKE MONEY. YOU AND THE COURTS WHERE ADVISED ON 06/05/2023 BY WAY OF FILING IN ACCOUNT CF-2022-3018 A COPY OF A COMMON LAW COPYRIGHT NOTICE AND YET YOU HAVE CONTINUED TO TRESPASS WITH COMPENSATION AS THE NOTICE DEMANDED. AGAIN CEASE AND DESIST FROM YOUR UNWANTED, UNAUTHORIZE TREPASS IMMEDIATELY. THIS IS THE FINAL WARNING YOU WILL RECEIVE. YOU HAVE ALREADY OCCURRED DAMAGES AND ARE LIABLE. CEASE AND DESIST THANK YOU FOR YOUR PROMPT ATTENTION IN THIS MATTER, SINCERELY;

WITHOUT PREJUDICE/ALL RIGHTS RESERVED

Keith Dewane Hopper-secure party, authorized rep. attorney in fact in behalf of

KEITH DEWANE HOPPER©

ENS LEGIS

NATIONAL OF THE UNITED STATES OF AMERICA REPUBLIC 8 U.S.C 1101 (22)(B)

DISTRICT COURT
**F I L E D**

JUL 2 4 2023

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

Retail

UNITED STATES
POSTAL SERVICE ®

RDC 99

7021 2720 0002 4893 1589

Judge Keeley
500 S. Denver # 401
Tulsa, OK 74103

74103-383838

74#2037

iY

Dr

Exhibit # 14

In Regards to Account # CF-2022-3018

Item # _____ _____

To: Tulsa County DISTRICT Courts "Municiple Corperation"
   500 S Denver Ave Tulsa OK [74103]

From: Deanna-Lyn:Dole "Second Trustee" Living (Wo)man
   C/o 416 N Wilson
      Fairfax OK Republic [74637]
      United States of America

DISTRICT COURT
F I L E D
SEP 26 2023
DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

Keeley
Copy to DA & Judge

                  Special Deposit
                  Affidavit of Truth

"No more than 'affidavits' is necessary to make a Prima Facie Case" United States V Kis 658 F 2nd 526,536 (7th Circuit 1981)(Cert Denied 50 USLW 2169 SCT March 22 1982

That I Deanna-Lyn:Dole being first duly sworn, depose, say, and declare by my signature the following facts are true and correct and complete to the best of my Knowledge and belief. I have personal Knowledge of the facts declared in this affidavit of truth and is not meant to mislead in anyway. It is the truth, whole truth and nothing but the truth and is signed under Penalty of Perjury.

1) That I Deanna-Lyn:Dole herein 'Affiant' being Second Trustee of KEITH Dawayne Hopper© (which has been established a Private, Common law Trust) have no claim against said Trust nor at any time have made a claim or Complaint against. I have not at any time made any accusation of a crime against KEITH Dawayne Hopper© to the Tulsa County Courts, Tulsa County District Attorneys office Representing the STATE OF OKLAHOMA (Municiple Corperation) nor to Any law enforcement agency.

                              pg. 1 of 3

2) That I Deanna-Lyn°Dale 'Affiant' Do not nor have ever made a claim against Keith-Dewane's Hopper a living Human to the Tulsa County District Courts, Tulsa County District Attorneys Office, nor any municiple law enforcement agency for the STATE OF OKLAHOMA.

3) That if at any such claims that have been presented to this Court have be brought forward It has been done so fraudulently, untruthfully without merit and against my Knowledge and consent. Furthermore has been done so with great malicious intent to bring Injury,

4) The 'affiant' has No claim against KEITH Dewane HOPPER© TRUST nor a Claim against Keith-Dewane's Hopper Living Man.

5) That I Deanna-Lyn°Dale 'Affiant' Second Trustee of KEITH Dewane HOPPER© Trust am in Total agreeance with managing Trustee Keith-Dewane's Hopper that the Tulsa County DISTRICT COURTS Representing The STATE OF OKLAHOMA are in Breach of Common Law Protected property KEITH Dewane HOPPER© without a legitimate claim and must Cease and Desist immeditally,

6) The KEITH Dewane HOPPER© Trust is protected by Common Law and has been expressed as a Common Law Private foundation protected by Article 1 sec 10 par 1 of the United united states constitution, and protected by the privacy Act of 1974, 5 USC 552(a)

7) That if Any man or [Two]man Representing the STATE OF OKLAHOMA Does not rebut this affidavit of Truth within 3 business days of the filing in Account #CF-2022-3018 point for point Then it stands as TRUTH and the STATE OF OKLAHOMA Is In Full AGreeance that Deanna-Lyn°Dale has No claim against KEITH Dewane HOPPER© Trust nor Keith-Dewane's Hopper the Living man. Furthermore the STATE OF OKLAHOMA Is In full agreeance that Any claims It has presented against Accused Are Fraudulent, without merit and where done with malicious Intent to bring injury. And thus the STATE OF OKLAHOMA

is LIABLE For Damages occured.

Any response to this Affidavit must be made under Penalty of Perjury as your law requires.

Representative making response must provide proper identification, insurance (Bonding) information, including name address and phone # of provider as well as certified oath of office as law requires.

I Deanna-Lyn's Dale "affiant" Did in fact make this affidavit of truth of my own free will, Knowingly, willfully, with the intent to correct an injustice and extreme abuse of Authority that has brought great damages To not only myself but my husband Keith Dewanes Hopper whom this Court is holding against his will at the David L Moss Jail unlawfully without Bond. When in fact he has never brought injury to me and I have never made accusation of Any crime against me,

This Document is executed under Penalty of Perjury [In nature of 28 USC 1746(1)] expressly WITHOUT THE UNITED STATES(i.e 28 USC 3002 (15)(A): UCC 9-307: U.S.C.A Const. Art 1 sec 8:17-18 [administered by a commissioned officer i.e. Notary Public who is acknowledging Same(In accordance Fed. R. Evid 902(1)(B) I now affix my own Signature with Explicit Reservation of all my unalienable rights without Prejudice to any of those rights in compliance with UCC 1-308 without Recourse

OFFICIAL SEAL
CALLIE BOWMAN
NOTARY PUBLIC OKLAHOMA
OSAGE COUNTY
COMM. EXP: 03-28-2027
COMM. NO. 19003189

Second Trustee

Deanna - Lyn Dale

Deanna-Lyn's Dale

9-22-23

Date

Callie Bowman

9-22-23

pg 3 of 3